# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

FILED-SDA

2004 NOV 30  AM 9:36

CLERK
U.S. DISTRICT COURT

**JUDGE COAR**

**04C  7715**

**MAGISTRATE JUDGE MASON**

| | |
|---|---|
| CHAPMAN KELLEY, | § |
| **Plaintiff,** | § |
| | § |
| Vs. | § |
| | § |
| CHICAGO PARK DISTRICT, | § |
| **Defendant.** | § |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff Chapman Kelley complains of Chicago Park District and respectfully would show the honorable court as follows:

### I.  Parties.

1.  Chapman Kelley is a citizen of the State of Illinois and a resident of the City of Chicago.

2.  The Chicago Park District is a duly created public agency organized and existing under the laws of the State of Illinois for the purpose of controlling and supervising the operation of all parks, boulevards and public ways under its jurisdiction, including Grant Park. Its place of business is in Cook County, Illinois.

### II.  Jurisdiction.

3.  The claims made in this action arose within the City of Chicago, Illinois.

4.  This claim is made under the Visual Artists Rights Act (VARA), 17 U.S.C.A. Sec. 106A, *et seq.* and the United States Copyright Act.

### III. Factual Background.

5.       Mr. Kelley is an artist by training whose works have been displayed throughout the United States. His long distinguished list of accomplishments in the field of art is detailed more fully in Exhibit A attached hereto and incorporated by reference herein.

6.       Mr. Kelley has painted on various media and his work is represented in over a thousand pubic and private collections in at least eighteen states and three foreign countries.

7.       In Chicago, however, Mr. Kelley is best known for his artistic work in Grant Park; namely, two elliptical Wildflower Works of art. The Wildflower Works first were established in 1984 and cover over 1.519 acres.

8.       The genesis of the Wildflower Works originated in December 1983 when Mr. Kelley met with Chicago Park District then General Superintendent Edmund L. Kelly (no relation) to present plans for the creation of the Wildflower Works to be located on top of the East Monroe Underground Parking Garage in Grant Park in an area designated as the Daley Bicentennial Plaza.

9.       Mr. Kelley is the author of the Wildflower Works. He designed and created the Wildflower Works based on his vast experience and expertise as an artist. In his works, Mr. Kelley frequently incorporates landscapes and flowers that are surrounded by bold outlines. Samples of Mr. Kelley's oil on canvas works are show in Exhibit B attached hereto and incorporated by reference herein. The Wildflower Works uses many of his artistic techniques incorporating

flowers enclosed in large elliptical boundaries. Pictures of the Wildflower Works are attached as Exhibit C and incorporated by reference herein.

10.    The plan for the artwork submitted in December 1983 was approved in March 1984 by the Park District and the Park District formally granted a permit to Mr. Kelley on June 19, 1984 to begin creation of the Wildflower Works in the Daley Bicentennial Plaza in Grant Park.

11.    The artistic nature of the Wildflower Works has been recognized time and time again by governmental and private entities and in the press.

12.    Indeed, the success of Wildflower Works is reflected by the Chicago Park District's decision in 2004 to sponsor the "Art in the Garden" project. General Superintendent Timothy J. Mitchell of the Park District said in the brochure about the project that:

> Working with Chicago Park District horticulturists and consultants, artists plan to transform 24 of the park's floral gardens into works of art by using plants, sculptures and a variety of creative elements.

See Exhibit D attached hereto and incorporated by reference herein.

The project was so successful that on November 16, 2004 the Park District announced that it would continue the project into 2005 and that six of the "artistic pieces" would be in place through the winter. See Exhibit E attached hereto and incorporated by reference herein.

13.    Mr. Kelley's Wildflower Works concept as a work of art was recognized by the Illinois Chapter of the American Society of Landscape Architects. On July 11, 1984 in a letter to the Chicago Park District, a copy of which is

attached as Exhibit F and incorporated by reference herein, the President of

the Chapter stated in part:

> "Mr. Kelley's landscape art is a literal interpretation of the philosophy of landscape architecture. He is an artist utilizing the form and color of the living landscape as a medium for expressing his art. Similarly, landscape architects combine nature, technology and design in the practice of their art upon the land.

> "Plants, be they flowers, ground cover, shrubs or trees, with their infinite variety of color, form and texture, become the palette used to create the 'painting' that stirs the emotions in the outdoor gallery, just as canvas and oil painting does in the indoor gallery. 'Beauty is in the eye of the beholder' and the value or public acceptance of art in any of its various forms is subjective. But, where established principles of good design and laws of nature are respected, the resultant 'art' can be beneficial, useful, and aesthetically enhancing."

14. The Chicago Park District's General Superintendent Edmund L. Kelly stated

in a letter inviting the press to a preview of Mr. Kelley's Wildflower Works in

1984, see Exhibit G attached hereto and incorporated by reference herein,

that:

> "Chapman, an internationally renowned artist, is a pioneer in the use of natural materials for 'living' art and has achieved national prominence for his efforts to incorporate landscape in artistic creation. One of notable works is a four-mile strip of flowers through the heart of the Dallas-Ft. Worth Airport.

> * * *

> "Among those attending will be John and Bonnie Swearingen—long-time collectors of Kelley's works—and a host of other prominent Chicagoans and art patrons."

15. In a press release dated July 13, 1984 announcing the work, See Exhibit H

attached hereto and incorporated by reference herein, the Chicago Park

District further stated in part:

"Chicago's Grant Park will soon become a showcase for a new form of 'living' art—giant ovals of multicolored wildflowers.

"Chicago Wildflower Works is the creation of artist Chapman Kelley and will be installed on the grassy area above the Monroe Street garage between Monroe and Randolph.

* * *

"We are delighted to become the first park district in the U.S. to display a live wildflower work of art on this scale," said General Superintendent Edmund L. Kelly.

* * *

"One of Chapman's approaches is to create living works of art—seas of wildflowers—in barron [sic] spaces He juxtaposes concrete sidewalks and buildings with lyrical wildlife [sic] plantings to his design.

"His goal is to educate the public about the concept and appreciation for the wild look of wildflower plantings in public places, replacing the clipped grass to which we have become accustomed.

"Kelley is a pioneer in the use of natural materials and has attracted national prominence for his efforts to incorporate the landscape in artistic creation."

16.    In reliance on the permit granted by the Park District, Mr. Kelley in 1984 closed his art gallery in Dallas, Texas, rented a second residence in Chicago, sold various works of art to raise capital for the project and initially purchased over 200,000 wildflower plugs at a cost of $80,000 to $120,000 for the creation of the Wildflower Works.

17.    The Chicago Park District's brochure issued on the Wildflower Works 1 recognized it as "living landscape art" in that Mr. Kelley "is currently using wildflowers as his paints and the Earth his canvas in what is regarded as some of the best urban space in the world." See Exhibit I attached hereto and incorporated by reference herein.

18. Mr. Kelley's Wildflower Works was recognized by the Illinois Senate in Senate Resolution No. 420 adopted on June 29, 1985. A copy of the resolution is attached as Exhibit J and incorporated by reference herein. In part, the resolution states:

> "WHEREAS, The Members of this Senate are pleased and honored to recognize people who enhance the beauty of this State through their work; and

> "WHEREAS, it has come to the attention of this Body that Chapman Kelley has transformed Chicago's Grant Park into a showcase for a new form of living art; and

> * * *

> "WHEREAS, Chapman Kelley is a pioneer in the use of nature materials, and Grant Park will be the first park district in the United States to display a live wildflower work of art of this scale; . . .

> "RESOLVED, BY THE SENATE OF THE EIGHTY-FOURTH GENERAL ASSEMBLY OF THE STATE OF ILLINOIS, that we commend Chapman Kelley for his vast artistic contribution to Grant Park; and that we wish him continued success in all is future endeavors . . "

19. On June 20, 1985 the *New York Times* ran a feature story on the Wildflower Works entitled "Wildflowers as Art For a Chicago Park." A copy of the article is attached as Exhibit K and incorporated by reference herein.

20. Also on June 20, 1985 the *Christian Science Monitor* published an article on the Wildflower Works as art. A copy of the article is attached as Exhibit L and incorporated by reference herein.

21. Chicago Mayor Harold Washington recognized the fact that the Wildflower Works is art. In a letter dated November 1985, a copy of which is attached as Exhibit M and incorporated by reference herein, the Mayor stated in part:

"Mr. Chapman Kelley, artist and philosopher, has given to the City of Chicago, a magnificent piece of art, Wildflower Works I, the 'living landscape'—two giant ovals spanning more than 66,000 square feet of perennial wildflower plants arranged according to the artist's design in the center of the city. Chicago Wildflower Works I has been planted with 380,000 plugs containing 47 wildflower species creating three and one half acres of a stunning visual display."

22. The development of the Wildflower Works by Mr. Kelley as a work of art continued through 1988 when the Park District directed Mr. Kelley to remove one of the two elliptical Wildflower Works. Mr. Kelley then filed suit against the Park District in the Northern District of Illinois Cause No. 88 C 6619.

23. In settlement of the lawsuit, the Park District agreed to renew the permit for Wildflower Works I in Grant Park.

24. The 1988 Permit was granted to both Mr. Kelley and the Chicago Wildflower Works, Inc.

25. The 1988 Permit contained these further provisions:

   a. "Chapman Kelley will have responsibility and control over matters relating to the aesthetic design and content of Wildflower Work I."

   b. "The planting material is the property of Mr. Chapman Kelley. If the Chicago Park District does not extend the Permit by September 1, 1989, Mr. Kelley may remove the planting material."

26. A full and complete copy of the permit is attached to this complaint as Exhibit N and incorporated by reference herein.

27. The 1988 Permit was renewed by the Park District on March 29, 1990 extending it through March 31, 1991. A copy of the letter recommending the extension is attached as Exhibit O and incorporated by reference herein.

28. On April 13, 1992 the Park District again extended the permit this time through March 31, 1993. In adopting the resolution, the Park District again

extended the permit this time for two years through September 30, 1994. A copy of the adopting resolution and the transcript of the board meeting is attached as Exhibit P and incorporated by reference herein.

29. After 1994, the Park District continued to allow Mr. Kelley to maintain Wildflower Work I at its location without requiring Mr. Kelley to formally apply for or to obtain a renewal for the permit. Each year, pursuant to this understanding, Mr. Kelley continued to maintain and to further create the Wildflower Works. For example, see the letter to the Chicago Park District dated May 9, 2001, attached hereto as Exhibit Q and incorporated by reference herein.

30. In the spring of 2004, Mr. Kelley and Wildflower Works, Inc., were assured by Dr. Margaret Burroughs a board member of the Park District that in accordance with the course of dealing established over the past 20 years, Mr. Kelley would not need to apply for an extension of the permit to continue his Wildflower Works creation.

31. In spring 2004, in keeping with the request by Mr. Kelley, the Park District took affirmative actions confirming the course of dealing that the Wildflower Works would be continued in 2004. The Park District, as it had done for several years at the request of Mr. Kelley, cut down the wildflowers in preparation for new plantings and regrowth of existing plants.

32. Throughout Spring 2004, Mr. Kelley continued with his plans for the Wildflower Works I, including preparing new plantings, engaging volunteers

to work at the site and to prepare for the 20th anniversary of the Wildflower Works I. See Exhibit R attached hereto and incorporated by reference herein.

33. On June 14, 2004 Mr. Kelley first became aware of plans by the Park District to significantly reduce the size of the Wildflower Works I, to alter its shape and to destroy the artistic nature of the site that Mr. Kelley had created over the previous nineteen years.

34. Without any written or oral notification to Mr. Kelley, workers for the Park District, or workers under the Park District's control and/or supervision, began to remove some of the plantings in the Wildflower Works I, to erect a fence around the site and to otherwise destroy Mr. Kelley's artistic work.

35. On July 1, 2004 Jonathan Dedmon, president of the Chicago Wildflower Works, Inc., presented a letter to the Chicago Park District at its open board meeting. A copy of the letter is attached to this Complaint as Exhibit S and incorporated by reference herein. To date, neither Mr. Kelley nor the Chicago Wildflower Works, Inc. has received a written response to the letter.

36. Over the summer 2004 the Park District intentionally removed all the wildflowers and all other items the formed the artwork from Wildflower Works, mutilated and destroyed the artistic rendering of Wildflower Works. The Park District did not give Mr. Kelley any opportunity to remove his artwork or to recover his plants.

37. Mr. Kelley's reputation and honor as a visual artist and the author of the Wildflower Works who had devoted nearly twenty years of his life to this

artwork has been severely damaged as a result of the intentional and willful mutilation and destruction of the Wildflower Works by the Park District.

## IV. Count I: Visual Artists' Rights Act.

38.  Mr. Kelley realleges paragraphs 1 through 37.

39.  The Chicago Park District by its actions has violated Mr. Kelley's rights as a visual artist under the Visual Rights Act of 1990 by destroying, mutilating and modifying the Wildflower Works.

40.  The Chicago Park District's actions have been prejudicial to the honor and reputation of Mr. Kelley as a visual artist.

41.  As a result of the Chicago Park District's action, Mr. Kelley has been required to obtain legal counsel.

42.  As a result of the Chicago Park District's action, Mr. Kelley's reputation and integrity as a visual artist has been damaged in an amount in excess of this court's jurisdiction, excluding interest, costs and attorneys' fees.

## V. Count II. Visual Artists' Rights Act.

43.  Mr. Kelley realleges paragraphs 1 through 41 above.

44.  The actions taken by the Chicago Park District were willful.

45.  As a result of the Chicago Park District's actions, Mr. Kelley is entitled to statutory damages and attorneys' fees under Section 504 of the U.S. Copyright Act.

## VI.   Count III.  Unlawful Taking.

46.   Mr. Kelley realleges paragraphs 1 through 37.

47.   Mr. Kelley had a vested property right in the Wildflower Works. He had over a nineteen year period obtained permission from the Park District to maintain the Wildflower Works in Grant Park.

48.   Without proper notice or an opportunity for a hearing, in violation of his due process rights under the Constitution of the United States and the rules and regulations of the Park District, the Park District took Mr. Kelley's property without compensation.

49.   The Park District's action in July 2004 constitutes an unlawful taking without compensation of the Wildflower Works.

50.   Mr. Kelley is entitled to just compensation for the Park District's unlawful taking in an amount in excess of this court's jurisdiction, excluding interest, costs and attorneys' fees.

## VI.   Count III.  Breach of Contract.

51.   Mr. Kelley realleges paragraphs 1 through 37.

52.   The permit between Mr. Kelley and the Park District had been renewed by the action of the board and through the course of dealing between the Park District and Mr. Kelley.

53.   The permit between Mr. Kelley and the Park District provided that the planting materials were the property of Mr. Kelley and that "Mr. Kelley may remove the planting material."

54. The Park District violated the terms of the permit by removing without any prior written or oral notice to Mr. Kelley the materials that were the property of Mr. Kelley. The Park District's action denied Mr. Kelley his contractual right to remove the materials that belonged to him.

55. Mr. Kelley is entitled to compensation for the materials removed by the Park District. The fair market value of the materials removed is in excess of this court's jurisdictional amount excluding interest, costs and attorneys' fees.

Respectfully submitted,

Richard C. Balough
53 W. Jackson Blvd.
Suite 956
Chicago, IL 60604
312.834.0400
Fax: 312.834.0526

# CHAPMAN KELLEY

Born in San Antonio, Texas, 1932

Chapman Kelley's first New York exhibition was resoundingly received in 1963 (sold out and featured with color illustration in Life Magazine, Sept. 20, 1963). Since the middle fifties, Kelley has participated in many of this countries' major national group exhibitions including: Pennsylvania Academy Annual, Philadelphia; Corcoran Gallery, Washington, D.C.; Audubon Artist's Annual, New York; Mid-Year Show, Butler Art Institute, Youngstown, Ohio; Young American Realists, Cummer Gallery of Art, Jacksonville, Florida; 20th Century Realists Exhibition, San Diego Museum; Pennsylvania Academy Exhibit of Former Students, Philadelphia; and the Midwest Biennial, Josyln Art Museum, Missouri. He has received an extra-ordinary number of honors including: $2500 Purchase Prize, Sun Carnival National Exhibit, El Paso Museum, 1969; Top Purchase Prize, Eight State Exhibit of Painting and Sculpture, Oklahoma Art Center, 1965; Julian Onderdonk Memorial Purchase Prize; 1964 Texas Annual, for the permanent collection of the Witte Memorial Museum; 6th Annual Invitational Painting Exhibition, First Prize, Longview; American Academy of Arts and Letters; Childe Hassam Fund Exhibition, 1963 Purchase Award; and the National Academy of Design Annual Exhibition of American Art, 1963 S.J. Wallace Truman Prize; $1000 First Prize, State Fair of Texas Award; and the 22nd Annual Texas Show, Dallas Museum of Fine Arts, 1960.

## Collections

Kelley is represented in over a thousand public and private collections in at least eighteen states and three foreign countries including: Dallas Museum of Fine Arts; Colorado Springs Fine Arts Center; Former President Lyndon B. Johnson; El Paso Museum of Art; Ambassador George C. McGee; actress Kaye Ballard; artist Elaine DeKooning; Texas Instruments Incorporated; Mulvane Art Center, Topeka, Kansas; First National Bank of Dallas; Oklahoma Art Center; Witte Memorial Museum; Longview Art League, Longview, Texas; fashion designer Joan "Tiger" Morse; and Dallasites Mr. & Mrs. Eugene McDermott, Oak Cliff Savings & Loan, American Savings Association, Apparel Mart of Dallas, El Centro and Mountainview Junior Colleges (gifts of Mr. & Mrs. Eugene McDermott).

## Education

Chapman Kelley attended the Hugo D. Pohl Art School at San Antonio for eight years, Trinity University for 2½ years, and the Pennsylvania Academy of the Fine Arts for 4½ years. While at the Pennsylvania Academy, Kelley was awarded the William Emlen Cresson European Traveling Scholarship twice - 1954 and 1955 - and received Honorable Mention in the Thomas Eakins Figure Painting Competition in 1954 and won the Celia Beaux Portrait Painting Award in 1955.

CHAPMAN KELLEY

## Awards

1969 - $2500 Purchase prize, Sun Carnival National Exhibition,
      El Paso Museum of Art, El Paso, Texas
1965,1966 - Second Biennial Citation for outstanding contribution to
      the Arts, Who's Who in the South and Southwest.
1965 - 7th Annual Eight State Exhibition of Painting and Sculpture,
      Top Purchase Award for permanent collection of the
      Oklahoma Art Center
1965 - Julian Onderdonk Memorial Purchase Prize in Texas Annual for
      the permanent collection of the Witte Museum, San Antonio
1964 - First Purchase Prize, 6th Annual Invitational Painting
      Exhibition, Longview, Texas
1964 - E.M. Brodnax Memorial Award, 35th Annual Dallas County
      Painting, Drawing and Sculpture Exhibit, Dallas Museum of
      Fine Arts
1963 - S.J. Wallace Truman Prize ($500.), National Academy of Design
      Annual Exhibition of American Art, New York
1963 - Childe Hassam Purchase ($1200.), American Academy of Arts
      and Letters
1960 - First Prize ($1000.), State Fair of Texas Award, 22nd Annual
      Texas Painting and Sculpture Exhibit, Dallas Museum of Fine Arts
1961,1962 - Award Winner, Annual Invitational Painting and Sculpture
      Exhibition, Longview Art League, Longview, Texas
1958,1960,1961 - Award Winner, Annual Dallas County Exhibition,
      Dallas Museum of Fine Arts

## One-Man Exhibitions

1970 - Oklahoma Art Center, Oklahoma City, Oklahoma
1970 - Masur Museum of Art, Monroe, Louisiana
1969 - Atelier Chapman Kelley, Dallas
1969 - Northwood Institute, Midland, Michigan
1969 - 331 Gallery, New Orleans
1967 - Dos Cruces Gallery, Corpus Christi, Texas
1967 - Ten Year Survey, Atelier Chapman Kelley, Dallas
1966 - The Gallery, Memphis, Tennessee
1965 - Lake Charles Art Association, Lake Charles, Louisiana
1965 - Wichita Falls Art Association, Wichita Falls, Texas
1964 - Galerie de Tours, San Francisco, California
1964 - Janet Nessler Gallery, New York City
1963 - Janet Nessler Gallery, New York City
1962 - Atelier Chapman Kelley, Dallas
1961 - Centenniel Museum, Corpus Christi
1960 - Houston Galleries, Houston
1959 - Atelier Chapman Kelley, Dallas
1959 - Nancy Negley, Austin, Texas
1958 - Mary Nye Gallery
1957 - Men of Art Guild, San Antonio, Texas

CHAPMAN KELLEY

## One-Man Exhibitions cont.

1957 - Mary Nye Gallery, fall, Dallas
1957 - Mary Nye Gallery, spring, Dallas
1956 - Bright Shawl, San Antonio, Texas

## Group Exhibitions

1971 - Artists of the Southeast and Texas Biennial, Delgado Museum,
       New Orleans
1970 - 11th Midwest Biennial, Joslyn Museum, Omaha, Nebraska
1969 - 14th Annual National Sun Carnival Exhibition, El Paso
       Art Museum, El Paso, Texas
1969 - Past Jurors Invitational, Oklahoma Art Center, Oklahoma
       City, Oklahoma
1969 - Reese Museum Invitational Exhibition, East Tennessee State
       University, Jonson City, Tennessee
1964-1969 - Eight State Painting and Sculpture Exhibition,
           Oklahoma City, Oklahoma
1956,1959-1964,1966,1968 - Texas Painting and Sculpture Exhibition,
                          Dallas Museum of Fine Arts, Dallas
1959,1964,1968-1970 - Annual Invitational Painting Exhibition,
                     Longview Art League, Longview, Texas
1965-1968 - Annual Tyler National Exhibition, Tyler Art League, Tyler
           Texas
1964,1966-1967 - Mid-year Show, Butler Institute of American Art,
                Youngstown, Ohio
1964 - Opening Exhibition, Abilene Fine Arts Museum, Abilene, Texas
1964 - Texas Group, The Elms Gallery, Midland, Texas
1964 - Audubon Artists Annual Exhibition, New York
1964 - "Young American Realists" (by invitation), Cummer Gallery of Art,
       Jacksonville, Florida
1963 - American Academy of Arts and Letters, the Childe Hassam Fund
       Exhibition, New York City
1963 - National Academy of Design, Annual Exhibition of American Art,
       New York City
1963 - 20th Century Realists Exhibition, San Diego Museum, California
1963 - Artists West of the Mississippi Exhibition, Colorado Springs
       Fine Arts Center, Colorado
1963 - Overseas Press Club, New York City
1963 - Corcoran Gallery, Washington, D.C.
1962 - Pennsylvania Academy of Fine Arts Exhibition of Former Students,
       Philadelphia, Pennsylvania
1962 - 157th Annual Exhibition of American Painting and Sculpture,
       Pennsylvania Academy of the Fine Arts, Philadelphia
1962 - M.I.T. Exhibition of Young Americans
1961 - Newport, Rhode Island Exhibition of Texas Artists
1961 - St. John's College, Houston, Texas
1957 - Southwestern Art Invitational Exhibition, Dallas Museum of
       Fine Arts, circulated nationally by the American Federation
       of Art

CHAPMAN KELLEY

Group Exhibitions cont.

1959 - Art: USA:59 Invitational, New York Colliseum
1959 - Ringling National Exhibition, Sarasota, Florida
1959 - "Made in Texas by Texans", Dallas Museum of Contemporary Art

Reproductions

1966 - Prize Winning Art, Vol. 6, Allied Publications
1964 - ARTFORUM, "San Francisco Galleries", September issue
1964 - Young American Realists, catalogue, Cummer Museum of
         Jacksonville, Florida
1964 - 20th Century Realists, catalogue, San Diego Fine Arts Museum
1964 - ART NEWS, March issue
1963 - LIFE MAGAZINE, "Sold Out Art", Sept. 20 issue
1963 - New York Times, May 12 issue
1962 - La Revue Modern, Paris
1962 - Prize Winning Art, Vol.II, Allied Publications
1964 - Art Voices, March issue
1964 - Burlington Magazine, London

References

Past Jurors Invitational, catalogue, Oklahoma Art Center, Oklahoma City,
         Oklahoma, 1969
Art in America, Regional New Talent Nominee, 1961-1962,1958
Who's Who in the South and Southwest, 1965-1971
Matrix of the Arts Symposium participant, Center for Advanced
         Studies, Urbana, Illinois, 1967
National Sculpture Conference, panelist, University of Kansas, 1970

CHICAGO WILDFLOWER WORKS I

WORKING BIBLIOGRAPHY

September 25, 1985

## PUBLICATIONS

| July 15, 1984 | *Chicago Tribune*, Section 2, "Wildflowers 'Art' to Bloom in Park" |
|---|---|
| Dec. 13, 1984 | *Skyline*, VIPeople, P.2, by Diane Gerber |
| December, 1984 | *Chicago*, UpFront, by Henry Hanson |
| 1984 | *Chicago Tribune*, Ink. |
| Jan. 17, 1985 | *Chicago Sun-Times*, Art, P. 66, "Public Art Takes Novel Approach to Involvement", by Harold Haydon |
| March, 1985 | American Society of Landscape Architects, Illinois Chapter |
| Spring, 1985 | *Friends of the Park Newsletter* |
| March 31, 1985 | *Chicago Tribune*, "Point of View", Section 5, Page 5 "Parks Chief Rebuts a Critic", by Edmund L. Kelley |
| May, 1985 | *Chicago*, "UpFront", Page 14, "Wildflowers", by Henry Hanson |
| May 9, 1985 | *North Loop News*, Page 11, "Wildflowers Survive Winter in Grant Park" |
| May 16, 1985 | *Chicago Tribune*, "Chicagoland", Section 2, Pages 1 and 2, "Flowers Bloom on Artist's Canvas", by Barbara Brotman |
| May 17, 1985 | *Chicago Tribune*, "Chicago", Section 2, Pages 1 and 2, "Artist's Fertile Imagination Fills Canvas with Flowers", by Barbara Brotman |
| May 17, 1985 | *Chicago Tribune*, "Inc.", Section 1, Page 28, by Sneed, Lavin and O'Malley |
| May 23, 1985 | *North Loop News*, Page 4, "Wildflowers For Sale at Grant Park" |
| May 20, 1985 | *Chicago Sun-Times*, "Kup's Column", Page 58, by Irv Kupcinet |
| May 21, 1985 | *Chicago Sun-Times*, "Kup's Column", Page 58, by Irv Kupcinet |

May 24, 1985    The Southtown Economist, Page H1, "Grant Park Wildflowers Are Grand"

May 25, 1985    Near North News, Page 11, "Buy Your Own Wildflowers and Surpass This Display"

June 16, 1985   Chicago Sun-Times, "Living" Section, Pages 3 and 16, "Artist Kelley Brings the Prairie to the City", by Alf Sievers

June 20, 1985   The New York Times, "Home", Pages 21 and 22, "Wildflowers As Art For a Chicago Park"

June 20, 1985   The Christian Science Monitor, Pages 1 and 32, "Artist Finds His Wildflowers Are Growing On Chicago", by Lucia Monat

Summer, 1985    Friends of the Parks Newsletter

July 18, 1985   Chicago Sun-Times, "Kup's Column", Page 74, by Irv Kupcinet

July 25, 1985   Skyline, VIPeople, by Ann Gerber

July, 1985      The Arcadian, Published by Carson Pire Scott

July, 1985      Chicago, Pages 136, 137, 138, "chapman Kelley's Wild Idea", by Barbara Polikoff, Photographed by Wil Larich

1985            "Chicago Wildflower Works I", Chicago Park District Publication.

Aug. 16, 1985   Chicago Tribune, "Focus", "Urban Ecosystem On the Wild Side", Photos by Paul F. Gerd


RADIO/TV INTERVIEWS

Fall, 1984      "Growing Concern"
                Interviewed by Karen Morby
                For Cablevision Productions
                Evanston Community Television

                Interview on Parks, Channel 5

June 1, 1985    Evening and Night News, Channel 2

June 22, 1985   Interview by Victoria Lautman, WBEZ

## LECTURES

| | |
|---|---|
| December, 1984 | American Society of Landscape Architects, Illinois Chapter |
| March 7-8, 1985 | School of Landscape Architecture, University of Illinois, Champaign-Urbana, Illinois |
| April 2, 1985 | Graduate School of Design, Harvard University, Cambridge, Massachusetts |
| April 3, 1985 | School of the Museum of Fine Arts, Boston, Massachusetts |
| April 24, 1985 | Buckingham Plaza, Chicago, Illinois |
| May 14, 1985 | Harbor Point, Board of Directors and Condominium Owners, Chicago, Illinois |
| June 4, 1985 | 400 East Randolph Street, Chicago, Illinois |
| Aug. 8, 1985 | Midwest Institute of Park Executives |

## PENDING LECTURES

| | |
|---|---|
| Sep. 24, 1985 | School of Landscape Architecture, University of Illinois, Visiting from Champaign-Urbana, Illinois |
| Oct. 24, 1985 | Seventh International Conference on Urban Design, Co-sponsored by the Institute for Urban Design in cooperation with the City of Chicago Department of Planning, Chicago |
| Nov. 2, 1985 | Kansas Wildflower Society, Annual Meeting |
| Feb. 11, 1986 | Triton Horticulture Club, Triton College River Grove, IL |
| April 30, 1985 | Museum of Fine Arts, Boston, Massachusetts |
| | School of The Art Institute of Chicago, Chicago, Illinois |

Yale University Schools of Art + Architecture

## HONORS AND AWARDS

| | |
|---|---|
| June 29, 1985 | State of Illinois Eighty-Fourth General Assembly of the Senate: Senate Resolution No. 420 Offered by Senator John A. D'Arco |
| July 11, 1985 | Illinois Chapter of the American Society of Landscape Architects Endorsement Presented to Park Superintendent Edmund Kelley |

"Leonardo", the Journal of the International Society for the Arts and Arts Sciences and Technology

Landscape Contractor for October, 1985

Jump Chicago

National Geographic, for 1986

Mother Earth News, for 1985

London Times

Singles Spirit

Le Figaro, Paris newspaper

Garden

Horticulture Magazine

City (Published by and for the City Colleges of Chicago)

Inland Architecture

# Who's Who in the South and Southwest

®

---

## THE NINTH EDITION

*A biographical dictionary of noteworthy men and women*
*of the Southern and Southwestern States,*

*published by*

MARQUIS—WHO'S WHO

INCORPORATED

*Marquis Publications Building*
*210 E. Ohio Street*
*Chicago, Illinois 60611*

# SECOND BIENNIAL CITATIONS

## from the Editors of

# WHO'S WHO IN THE SOUTH AND SOUTHWEST

## FOR OUTSTANDING CONTRIBUTION

To accentuate the stellar, vital roles that Southerners have played in many fields—frequently on an international as well as a national and sectional level—the Editors of WHO'S WHO IN THE SOUTH AND SOUTHWEST herein announce their Second Biennial Citations for Outstanding Contribution.

The citations were inaugurated with the Eighth Edition. The enthusiastic response—from the recipients, from readers of news stories about the awards and from lovers of the South and Southwest—have prompted not only the continuation of the citations but publication of them in the book itself.

The honorees have received the citations not only as individuals but as representatives of the 15,000 persons sketched in this volume.

Because many editions of the book had been published before the first citations were given, it was deemed proper to recognize cumulative as well as current achievement in selecting the honorees.

Some of the citees named below are frequently in the headlines; others have attained stature in their fields with relative recency or relative absence of publicity.

Thus the selection was not governed necessarily by fame, nor by any effort to judge who is "best" in a particular field; it was governed by combinations of circumstances, varying to some extent among each of the fields in which a citation was awarded.

In all cases, however, the Editors have made a conscientious, objective effort to single out especial merit . . . hopeful that the citations will prove an inspiration to every reader who consults this volume.

The honorees—with the text of their citations—are:

## ARCHITECTURE

HARWELL HAMILTON HARRIS, Raleigh, North Carolina, and Dallas, Texas

Imparting his own freshness of spirit to the influences wrought by Frank Lloyd Wright and Richard J. Neutra, Harwell Hamilton Harris has made notable architectural contri-

butions, most conspicuously in the residential field. He has adroitly adapted design to environment, made dramatic use of wood, glass and other materials, emphasized living patterns. Professor Harris is helping American civilization prove itself on a salient testing ground—architectural high-mindedness and imagination.

## ART

CHAPMAN KELLEY, Dallas, Texas

Painter Kelley is a sophisticate, trained partially in Europe, who has helped demonstrate that sophistication need not take the form of abstraction. Described as leaning toward the figurative school in art, he does canvases of a simplicity and human charm that contrast with the intense, intricate thought of their conception. The appeal of his works is based on principles and ideals that are forever valid.

## BUSINESS

WALTER BOULDIN, Birmingham, Alabama

A lawyer by background and a leader in a diverse array of civic causes, Walter Bouldin has been president since 1957 of the Alabama Power Company—a firm commended by the American Institute of Management for the excellence of its administration. His achievement epitomizes an industrially burgeoning South.

## CIVIC AFFAIRS

CHARLES FARNSLEY, Louisville, Kentucky, and Washington, D. C.

MRS. E. LEE OZBIRN, Oklahoma City, Oklahoma

Former Mayor of Louisville and now Congressman from there, Charles Farnsley has brought vibrant imagination and energy to civic affairs as well as government. He was leader in a civic project whose impact has been worldwide as well as local—obtainment of a Rockefeller Foundation grant enabling the Louisville Orchestra to commission and

(Hensler) K.; student in bus. administra. Northwestern U., 1945; m. Irma M. Hirning, Sept. 8, 1946; children—Timothy S., Gary C., Kevin B. Pres. Verson Mfg. Co., Dallas, 1960.—Vitro-Tech. Corp., House, Tex., 1959—; dir. Verson Allsteel Press Co., Chgo. First State Bank, Horne. Served with USS, 1941-45. Mem. Young Pres's Orgn., Am. Soc. Tool Engrs. Am. Potted Hereford Assn. Home: 4808 Oak Trail. Office: 8300 S. Central Expressway, Dallas.

**KELLENDERGER, May Gordon Latham** (Mrs. John A. Kellenberger), civic worker; b. New Bern, N.C., June 3, 1893; d. James Edwin and Maude (Moore) Latham; student Salem Acad. and Coll. 1909-10, Greensboro Coll., 1910-11, Converse Coll., 1911-12, Barnard Coll., 1918; m. John A. Kellenberger, Sept. 11, 1920. Exec. sec. home service A.R.C., 1918-19; chmn. Tryon Palace Restoration Comm., 1954—; also chmn. exec. com. and re-affiction mem. all coms. Trustee Hist. Halifax Restoration Assn.; hon. trustee Old Salem, Inc. Named Hon. Citizen New Bern; named Woman of Year, New Bern Woman's Club, 1964. Mem. Nat. Trust for Historic Preservation, Brit., Scottish nat. trusts, Am. Assn. for State and Local History, Southeastern Museums Assn., D.A.R., Dans. Am. Colonists, Dans. Colonial Wars, Dans. of 1812, Sons and Dans. of Pilgrims, Colonial Dames of XVII Century, Nat. Council State Garden Clubs, Nat. Fedn. State Music Clubs, Nat. Fedn. Women's Clubs, U.D.C., Altrusa (hon.), Colonial Dans. XVII Century (hon.), Phi Mu (hon.). Home: 909 Parkway St., Greensboro, N.C.

**KELLER, Alexander Paul, Jr.**, physician; b. Athens, Ga., May 10, 1921; s. Alexander Paul and Henrietta (Dunen) K.; B.S., U. Ga. 1940; M.D., Emory U., 1944; m. Saidee Hodgson, Sept. 6, 1942; children—Alexander Paul III, Susanne, Patricia, Dianne, intern Emory U. Hosp., 1944-45; resident Lawson VA Hosp., Chamblee, Ga., 1947-50; pvt. practice Athens, Ga., 1950—; active staff Athens Gen. Hosp., 1951—; active staff St. Mary's Hosp.; mem. exec. com., 1951-58; instr. dept. otology and rhinolaryngology Emory U., 1952—. Active Boy Scouts Am., Community Chest (dir. chmn. 1953-55, bd. dirs. 1953-55; Ga. chairman Deafness Research Foundation. Served from lieutenant to capt. M.C., AUS, 1945-47. Diplomate Am. Bd. Otolaryngology, American Bd. Ophthalmology. Fellow Am. Acad. Ophthalmology and Otolaryngology, Am. Assn. for Advancement Sci., Am. Laryngological Rhinological and Otological Soc.; mem. Nat. Soc. for Prevention Blindness (professional advisory committee), A.M.A., Georgia, Crawford W. Long medical societies, Georgia Society Ophthalmology and Otolaryngology (sec.-treas.), Phi Beta Kappa, Alpha Omega Alpha, Methodist (bd. stewards). Lecturer. Club: Centurion (exec. com.). Author various articles in field. Home: Riverview Rd. Office: 1010 Prince Av., Athens, Ga.

**KELLER, George Henrik**, geol. oceanographer; b. Hartford, Conn., Sept. 9, 1931; s. George E. and Eva (Baumschneider) K.; B.A. in Geology, U. Conn., 1957; M.S., U. Utah, 1956; postgrad. U. So. Cal. 1956-57; m. Suzanne Bray, Sept. 10, 1955; children—Mark and Gail Susan. Subsurface geologist, Standard Oil Co. Tex. Houston, 1957-59; geol. oceanographer U.S. Naval Oceanographic Office, Washington, 1959—; rep. to Fed. Interagy. Sidecom. on Sedimentation, 1962—. to Nat. Oceanographic Data Center for Geol. Oceanography program, 1962—. Mem. Geol. Paleontologists and mineralogists, Soc. Limnology and Oceanography, Geol. Soc. Am., Am. Geophys. Union, Internat. Assn. Sedimentologist, Internat. Oceanographic Found., Sigma Xi. Republican, Methodist. Home: 7612 Valley Park Rd., Seat Pleasant 27, Md. Office: U.S. Naval Oceanographic Office, Washington 25.

**KELLER, Harry LaFayette**, assn. exec.; b. Weatherford, Okla., Apr. 14, 1899; s. Frank R. and Lula Stout (Ludwick) K.; student pub. schs., Eureka Springs, Ark.; grad. Chillicothe (Mo.) Bus. Coll., 1916; m. Ethel Frances Finnell, July 17, 1920; 1 dau., Marjorie Maybelle (Mrs. Theodon Barnett). Telegrapher, A.T.&S.F. Ry. Co., Wabash R.R. 1908-27; agt. A.C.L. R.R., Brunswick, Ga., 1927-29. N.Y. City, 1929-32; ticket agt. Union Sta., Plant City, Fla., 1932-40; gen. chmn. Order R.R. Telegraphers, 1940-61, also mem. bd. dirs. and sec.-bd. Internal. Hdqrs., St. Louis; Member adv. com. for trade and bldg. edn. Florida State Sch. System. Owner orange grove. Mem. Fla. Citrus Mut. (col. Sr. Fla. gov., 1948-55. Fellow Am. Genealogy Inst.; mem. Mo., Ark. hist. socs.; Carroll County Hist. Assn., Fla. Genealogy Assn. Methodist. Mason (past master, past high priest, past comdr. Shriner). past patron Order Eastern Star, Kiwanian. Home: 20 Euclid Dr., Plant City, Fla.; also 14 Vaughn St., Eureka Springs, Ark.

**KELLER, Henry, Jr.**, textile co. exec.; b. Harrisburg, Pa., May 9, 1922; s. Henry and Susanna (Stalnaker) K. student U. Ga., 1947-51. Waotrose Wilson Coll. Law, 1951-53; m. Jane Palmer, Apr. 9, 1944; children—John Louise, Jan Elaine. With U.S. Treasury Dept. Atlanta, 1948-53; bd. assignments West Point Mfg. Co. (Ga.), 1953-57, asst. treas., 1957-62, sec., 1962—; sec. Wellington Sears Co. (N.Y. C.), chmn. Chattahoochee Valley Jr. Achievement, 1962-63; v.a. United Fund, West Point, 1962; sec. Community Service Assn., Shawmut, Ala., 1962—. West Point Found., 1962—. Lt. col. staff Ga. Carl Sanders, 1963—. Bd. dirs. Pine Valley council Girl Scouts U.S.A. United Fund, West Point. Served with AUS, 1942-45; ETO. Mem. Ga. Bar Assn., Ga. Soc. C.P.A.'s. Democrat. Baptist (deacon). Home: Tenl Rd. Office: P.O. Box 71, West Point, Ga.

**KELLER, James Ira, Jr.**, public accountant; b. Springfield, O., Aug. 12, 1901; s. James Ira and Anna (Bohnenkemper) K.; student Wittenberg Acad., 1918-20; m. Norma Preeler, May 6, 1912; children—Robert Jeremiah, Judith Louise. Office mgr. Edw. West Co., Springfield, O., 1921-23; asst. comptroller Blue-Kunaler Co., Dayton, 1924; C.P.A., Miami, Fla., 1928-33; partner firm Penthand, Purvis, Keller & Co. (merged with Haskins & Sells 1961), Miami, 1933—. Pres., Miami YMCA, 1955-60; chmn. Met. Dade County Charter Review Bd., 1962—; pres. Met. Research Health Services Fedn. Dade County, Fla., 1959—. C.P.A., Fla. Mem. Fla. Accountancy Fla. Inst. Accountants, Fla. Bd. Accountancy (past chmn.), Am. Assn. C.P.A. Examiners (past pres.), Miami C. of C. (past pres.), Rotarian (past dir. gov.). Office: DuPont Bldg., Miami Fla. 33731.

**KELLEY, Chapman**, artist; b. San Antonio, Aug. 26, 1932; s. Ralph Payne and Ruby (Sloane) K.; stu. art student Trinity U., 1948-50; student Ta. Acad. Fine Arts, 1951-55; m. Joan Catherine Wisner, Jan. 8, 1953; children—Ogle (Chapman II. Kevin Carson. Exhibited numerous one man shows, Dallas, Houston, Austin, Corpus Christi, San Antonio, Longview (all Texas), Tulsa, N.Y.; exhibited group shows including Ringling Nat. Exhibit, Sarasota, Fla., 1959, Southwestern Print and Drawing Exhibit, 1959, Southwestern Art Invitational, Dallas Mus. Fine Art, 1960, 157th Pa. Acad. Annl., 1962. Former Students Exhibit at Pa. Acad. Fine Arts, 1962, fin ler Inst., Youngstown, O.; represented in permanent collections Dallas Mus. Fine Arts, Tex. Instruments, Inc., Colorado Springs Fine Arts Center, Mohawk Art Center, Toseka, numerous other pub. and pvt. collections. Owner, operator Atelier Chapman Kelley, art schs., gallery, frame shop, Dallas; mem. schs. staff Dallas Mus. Fine Arts; lectr. Recipient awards including State Fair Tex., Purchase prize 224 Anni Tex. Painting and Sculpture Exhibit, 1960; R.J. Wallace Truman prize N.A.D., 1963, Childe Hassam Purchase award Am. Acad. Arts and Letters. William Emlen Cresson European traveling scholar, 1954-55. Home: 1421 Douglas St. Office: 2508 Maple Av., Dallas 75201.

**KELLEY, Dale Jonathan, Jr.**, structural engr.; b. Helena, Ga., Aug 31, 1928; s. Dale Jonathan and Tula Mae (Sweat) K.; B.S. in Civil Engring., U. So. Cal., 1953; m. Kathy Edith Oliver, Feb. 20, 1953; children—Diana Karan, Tamra Elane. Design engr. bridge dept. Tenn. Hwy. Dept., Nashville, 1953-56; structural designer Reynolds, Smith and Hills, Jacksonville, Fla., 1956-61; asso. Kelley and Assos., Jacksonville, 1961—. Served to 2d lt. C.E., AUS. Registered profl. engr., Fla. Mem. Structural Engineers Counsel, Fla. Engring. Soc., Am. Soc. C.E., Nat. Soc. Profl. Engrs., Tau Beta Pi, Chi Epsilon. Republican. Home: 6747 Marion Court. Office: P.O. Box 2319, Jacksonville 16, Fla.

**KELLEY, John Frank**, accountant; b. Anderson, S.C., Nov. 14, 1927; s. William Lawrence and Irie (Hearth) K.; LL.B., Woodrow Wilson Coll. of Law, 1944; M.C.S., Columbus U., 1954; m. Bertha Young, Oct. 13, 1951; children—Wilma Frances, Chris, Merrill (Cannon). William Edward, John Frank. Various accounting positions, 1929-38; examiner Ga. Dept. of Labor, 1938-44; admitted to Ga. bar, 1946; legal adviser VA, 1945-52; pvt. practice C.P.A., 1953-60, supervisory mgmt., specialist U.S. Dept. of Labor, Washington, 1960—. Served with USNR, 1944-45. Mem. Am. Legion. Episcopalian. Mason. Home: 880 Tinker Branch Pkwy., Alexandria 2, Va. Office: 8615 12th St. N.W., Washington.

**KELLEY, Ralph Houston**, lawyer, mayor; b. Chattanooga, Sept. 23, 1928; s. Glenn Blair and Louise (Holesen) K.; student U. Md., 1948-49, B.A., U. Chattanooga, 1951; LL.B., Vanderbilt U., 1954; m. Barbara Ann Page, June 21, 1960; 1 dau., Laura Lee. Page boy U.S. Ho. of Reps., 1944-46; admitted to Tenn. bar, 1954; partner firm Kelley, DiRisio & Shattuck, Chattanooga, 1954—; mayor City of Chattanooga, 1963—. Faculty English and speech dept. U. Chattanooga Evening Coll., 1954-55. Pres., Hamilton County Young Democratic Club, 1956-60; mem. Tenn. Ho. of Reps. 1951-61. Served with USAAF, 1946-49. Mem. Am., Tenn., Chattanooga bar assns., Am. Judicature Soc., Jr. C. of C., Chattanooga C. of C., Delta Theta Phi, Lambda Chi Alpha. Democrat. Methodist. Clubs: Chattanooga Bowling (dir., past commander); Exchange of Chattanooga, Mountain City. Home: 18 Sweetbriar Av., Chattanooga 37411. Office: Municipal Bldg., Chattanooga 37402.

**KELLOGG, Angel Ivy** (Mrs. Karl Brittan Kellogg), civic woman; b. Seattle, Nov. 30, 1922; d. Joseph Nettles and Margaret (Armstrong) Ivey; B.S., Wash., 1948; m. Karl Brittan Kellogg, Aug. 12, 1955. Dietetic intern N.Y. Hosp., 1949; dietitian Providence Hosp., Seattle, 1953-55. Chmn. local affairs Miami Range chpt. League Women Voters, 1955-58, chmn. state affairs, 1956-57, chmn. finance, 1956-57, 1st v.p., 1958-59, bd. dirs. La. 1957-59; sec. bd. dirs. Baton Rouge YWCA, 1957-60; sec. bd. dirs., 1958-59, chmn. pub. relations, 1957-59, chmn. nominating com., 1959-60; mem. adult classes com. 1954—; mem. sfecnl. com., 1961—; capt. United Givers, 1962-63, chmn., 1964; chmn. layouts com. Baton Rouge Civic Symphony Women's Auxiliary, 1957-58, editor newsletter, 1958-59; 1st v.p. 1958-59, pres., 1959-60; sec. Baton Rouge Civic Symphony Assn., 1957-60; family investigator Goodfellows, 1964-63; vol. Cancer Soc., 1962-63. Present committeewoman 45th dist. Seattle Dem. Party, 1954-55. Mem. Baton Rouge Chamber Music Soc., La. Dietitical Soc. Democrat. Methodist. Clubs: Baton Rouge Country, Knife and Fork (Baton Rouge). Contbr. story mag. Home: 2360 Fairway Dr., Baton Rouge S.

**KELLOGG, Glen T.**, san. engr., state ofcl.; b. Geraldine, Mont., May 15, 1915; s. Roscoe and Pearl (Yeomans) K.; B.S. in Chemistry, Jamestown Coll., 1937; B.S. in Civil Engring., U. S., 1940; M.S. in San. Engring., U.N.C., 1949; m. Martin II. Hoss, Nov. 25, 1942; 1 son, Glen T. Pub. health engr. Miss. Health Dept., Jackson, 1940-41; san. engr. Ft. Belvoir (Va.) Engrs. Bd., 1941-42; with Ark. Health Dept., Little Rock, 1947—, prin. san. engr., 1949-51, asst. dir., 1951-55, chief san. engr., dir. bur. san. engring., 1955—. Served with AUS, 1942-46. Registered profl. engr., Ark. Mem. Water Pollution Control Fedn., Nat., Ark. Socs. profl. engrs., Am. Water Works Assn. (past chmn. S.W. sec., president Fuller award 1963) Ark. Pub. Health Assn., Fed. Sewage and Indst. Wastes Assn. (Ark. dir.), Theta Tau. Methodist. Home: 820 S. Arthur St. Office: Ark. Health Dept., Little Rock.

**KELLY, Daniel L.**, city councilman, New Orleans. Address: 4649 Knight Dr., New Orleans.

**KELLY, Dorcas Burmann**, nurse. Republican Nat. Com.; b. Skeelee, Okla., May 27, 1893; d. Thaddeus Ramey and Martha (Stecker) Tracy; student Central Coll., 1917, Tulsa Sch. Nursing, 1919. U. Minn., 1920; m. Albert Kelly, Apr. 16, 1922; children—Albert Charles, Forest Levan, Oliver Tracy. Allison Victory, William Royer. Registered nurse, 1919; register vital statistics, Tulsa, 1920-21; founder Bristow (Okla.) Gen. Hosp., 1921; pres. Kelly Brothers, Inc. (const.), 1955—; dir. Am. Nat. Bank, Bristow, 1959—. Sec. Bristow Planning Commn.; mem. Okla. Planning Commn., 1961. Republican state committeewoman, 1950-52; Republican state vice chmn., 1957-60; mem. Rep. Nat. Com. for Okla., 1960—; first woman del., Miss. hon. v.p. Rep. Nat. Conv., 1952. Mem. Nat. Fedn. Bus. and Profl. Women's Clubs. Presbyn. Home: 119 E. 12th St. Office: Am. Nat. Bank Bldg., Bristow, Okla.

**KELLY, Emmett Lee**, pantomine clown; b. Sedan, Kan., Dec. 9, 1898; s. Thomas and Mollie (Schmick) K.; ed. pub. schs.; m. Eva Mae Gebhardt, June 13, 1923; children—Emmett, Stasia, Monika. Cartoonist, Ad Film Co., Kansas City, Mo., 1920-21; created Weary Willie pen and ink cartoon, 1920; joined circus as clown, 1921; trapeze artist, 1921-24, clown, 1931—; motion pictures include The Fat Man, Greatest Show on Earth, Wind Across the Everglades, and TV film The Captain from Kopenick; TV appearances include Ed Sullivan Show, Gary Moore Show, What's My Line, Jackie Gleason Show, Dave Garroway Show, Person to Person, Bob Crosby Show, Captain Kangaroo, Jack Linkletter on the Go, replacement Perry Como Show; filmed TV series The Emmett Kelly Show for 7 Arts Corp. Author: Clown My Life in Tatters

# Who's Who
## in the
## South and
## Southwest ®

Including Alabama, Arkansas, the District of
Columbia, Florida, Georgia, Kentucky,
Louisiana, Mississippi, North Carolina,
Oklahoma, South Carolina, Tennessee, Texas,
Virginia, Puerto Rico and the Virgin Islands.

## 15th edition
## 1976-1977

MARQUIS

## Who's Who

Marquis Who's Who, Inc.
200 East Ohio Street
Chicago, Illinois 60611 U.S.A.

Billboard mag. art personality Award, I Ion State I, 1975. Outstanding Alumnus of the year, I. Communications award Vicm I. Ma Nat. Federation Music Club Birmingham Amateur Radio, Active At 4504 Office Box 7200

publicist, coach, b. Ariz, Ala, Oct. 3, canto I Lauter) K. A.B, U. Ala, m. Inhteen Carole Lina (Mrs. Richard, rub mag. Coach & Athlete, Atlanta, Mass, Ga. 1923-42; asst. football 1912-42; varsity basketball coach, 1942-43; boundary, Ga. Dept. Sports athlete, Hall of Fame. Named to Ga. Mem. Ga. Athletic Coaches Assn, acting chmn.) Am. Football Coaches Assn. Dist. 3), Nat High Sch. Athletic Assn. 1965-73, Nat. Football Writers Assn, Atlanta Press Club. Sigma Delta Kiwanian. Home: 2644 W Wesley Rd 1421 Mason St NE Atlanta GA

thoracic surgeon; b. Emil, Okla. Dorothy Olive (Murphy) K.; M.D., Norman Keith, Mar. 12, 1954; m. Ann, Shaun Howard, Spencer Med. Center, Oklahoma City. tice medicine specializing in surgery, sizing in thoracic-cardiovascular and 1965-2; mem. staff Newman Med. Mem. adv. com. Physicians Assn. ves Med. Care for Pub. Assistance at e initiation and peer revs. Dept, med. adv. per N.W. Okla, Okla. In Shattuck Pub. Sch. System, 1964-71; Nt Shattuck 1964 ; exec. bd. dirs, Scouts Am., 1969 ; mem. finance Rural Health Services Corps, 1974 peer rev. com 1965 3 med. assns., icians. Soc. Thoracic Surgeons. So. estern Surg. Congress, Okla Surg. gress. 1962-63). Home: 822 E 8th St sman Med Center, Inc 905 S Main St

miture mfg. co. exec; b. Millen, Ga., Ethel Fay (Watson) K; student, Ind. Ellen Shuwalter, Nov. 30, 1946; Julia, Partner, mgr. Keith Furniture 1948; pur. rep. Flex Steel Industries, Palm Beach, 1960-62; sales mgr. Le C. 1962-65; sales mgr. Rhyne Co., 1969-72; v.p. Furniture div. Lehigh a. 1973 . Registered Design awards a Furniture Club Am. So. Furniture i Kappa Psi. Republican. Methodist. st (1976-77). Club: Marianna Country Rd Marianna FL 32446 Office: E 16

LD, chemist; b. Morris, Ill., Apr. 5, shirley lone (Cooper) K; B.S., Stetson 0-61; M.S., Clemson U., 1963; Ph.D., garet Hunt, Nov. 1, 1969. Environ. Environ. Research Lab, Athens, Ga., a. 1972 cpl. com. joint U.S.-Polish from 1st Chem. Congress Xiąn, on Surg (sec. N.E. Ga. sect. 1965-69), m. meetings and expos. 1972 , exec. -73, sec. div., 1974 . Chemist of Year ma Xi, Gamma Sigma Epsilon. Kappa to The Alkaloids-Chemistry and the Alkaloids. 1970; Fate of Organic ironment, 1972. Editor: Identification ms in Water, 1976. Contbr. articles to Creek Dr Athens GA 30601 Office: nens GA 30601

, agrl. engr.; b. Knoxville, Tenn., Dec. guerite Cabin (Hawkersmith) K.; B.S. 62; m. Norma Jean Smith. June 14, Julie Ann, Pamela Sue. With Soil pn. Agr., 1959 , successively area engr. design engr., Maryville, Tenn. ile, Tenn., Celina, Tenn. 1959-65, Auburn Ala, 1965-67. Ozark, Ala.; Merit Dept. Agr. Registered prof. i Engrs., Soil Conservation Soc. Am. Home: 602 Spring Lane Ozark AL rk AL 36360

ssn. exec; b. Tulsa, Oct. 11, 1933; s. with K., student U. Kan., 1951-53; m. 33; children Marietta (Mrs. E. H. nt Findley, Asst. supt. mng Victoria 1957-58. Squaw Creek Coal Co. , supt. mine Peabody Coal Co. surface mining equipment, St. Louis s. O., 1962-63, supt. Ohio, Ala. divs. pt. ops. Ala. and Ind. divs, St. Louis, . Corp., St. Louis, 1969-72; exec. div. ion Council, Birmingham, 1972— n.; dir. Birmingham Vulcans, World, SCGR, 1953-57. Recipient Citation lining Engrs., Am. Soc. Assn. Execs. ws World Airlines Ambassador Club , Downtown, Green Valley Country s Lane Birmingham AL 35226 Office: tion Council 244 Goodwin Crest

JR., oil distbg. co. exec; b. Belie Lucien James and Carrie (Polk) K; Gain, 1931-33. D.Sc. (hon.), 1972; 1936; children Dorothy Douglass ta James, III Treas. Sturgis Oil Co. x, 1935-40; pres. dir. Kellam Distbg. pres. Shore Savs. & Loan Corp. d, 1970 , pres. Kellam Program Gas

Md, 1964-70, pres. 1970. Mem. Accomack County Democratic Central Com, 1947 . State Dem. Finance Com, 1965; del. Dem. Nat. Conv., 1960. Trustee Old Dominion Coll. Tidal Found., Norfolk, Va. St. James Sch, Hagerstown, Md., Eastern Va Mental Health Found., Broadwater Acad, Exmore, Va., Va. Mus. Fine Arts; trustee, exec. com. Southampton Accomack Meml. Hosp., Eresc, 1964 . pres. 1967, 68; bd. dirs Tidewater Automobile Assn, 1941 . v.p. 1964 . bd. dirs. Internat. Bridge Tunnel and Turnpike Assn, 1962-66; Tidewater Regional Health Planning Council, 1968 . bd. dirs. v.p. Ocean Hwy. Assn., 1954 . bd. dirs. 1st v.p. Va. Travel Council, 1953-66; bd. dirs. Va. Travel Devel. Council, 1967 . Served so li USSR, 1943-46. Mem. Delta Psi. Episcopalian. Rotarian (pres. 1930). Clubs: Eastern Shore Yacht and Country (Melfa, Va.); Princess Anne Country (Virginia Beach, Va.); Commonwealth, Downtown (Richmond, Va.); Harbor (Norfolk, Va.). Sr. Anthony (S.Y.C.) Home: Mt Pleasant Belle Haven VA 23306 Office: Kellam Distbg Co Belle Haven VA 23306

**KELLAM, JOSEPH EVERIDGE**, author, b Boswell, Okla., Feb. 11, 1913; s. Edwin Ayres (M.D.) and Ophelia (Everidge) K.; student Okla. U., 1930-32; Southwestern Coll. 1932-33. B.S. Central Coll, Edmond, Okla. 1936; m. Alta Kellar Cox K, 1934; children Alpo K. Gregg, Edwina (Mrs. Covington). Employed govt. service 1934-60, successively employed with Treasury Dept, Indian Service, U S Engrs., AAF, with pvt. contractors from Washington to Ariz., formerly contract specialist with USAF at Tinemz Air plane Co, Wichita, Kans; wrote specializing on Southwest Americana, officials, Indian history and early boom towns. Decorated ten hour service with U.S. Engrs. and Army Air Forces (civilian). Mem. P. Kappa Phi, Sigma Tau Delta. Author: Blackjack Intowell, 1948 titius rights sold to motion picture product, 1948); Okie Jim and Queen of the Night, Overlords From Space, 1956 (reproduced in German); The Little Men, 1959 (reprinted in Italian); Hunters of Space, 1960 (reprinted in Italian); When the Red Army Woke, 1966. (pictures) Days Beyond Number, 1971; Goodbye to Babylon, 1974. Contbr. to Ford Found.; Esquire and other mags. Died June 15, 1975. Address: Box 8 Hugo OK 74743

**KELLEHER, HERBERT DAVID**, lawyer, b. Camden, N.J. Mar. 12, 1931; s. Harry and Ruth (Moore) K.; B.A with honors (Olin scholar, Wesley or), 1953; LLB with honors (Root Tildel scholar), N.Y. L., 1956; m. Joan Negley, Sept. 9, 1955. children John Michael, Ruth David. Admitted to N.J. bar. 1957. Tex. bar, 1962; elk N.J. Supreme Ct, 1956-59; assn. mem. firm Lum, Biumne & Tompkins, Newark, 1959-61; partner firm Matthews, Noulin, Mcfarlane & Barrett, San Antonio, 1961-69; sr. partner, Oppenheimer, Rosenberg, Kelleher & Wheatley, Inc. San Antonio, 1969. Founder, gen. counsel, dir. S.W. Airlines Co. Dallas, 1967 ; Mem. bus. adv. council Trinity U., San Antonio; Campaign coordinator Comm'l. for Gov., 1961, 64, 65; Bexar County dir. Bentsen for Senator, 1970, stage co-chmn., 1975-76; chmn Senate Dist. 19 Democratic Com, 1968-70; del. Dem. Nat. Conv., 1964, 68; mem. state steering com. Bentsen for Pres., 1975-76. Pres. Travelers Aid Soc. San Antonio. Pres. bd. trustees St. Mary's Hall, San Antonio. Mem. Am, San Antonio, N.J. bar assns. State for Tex., Am. Newcomen, C. of C. (dir.), Chief of Alamo, Tex. Cavaliers. Home: 144 Thelma Dr San Antonio TX 78212 Office: 711 Navarro St San Antonio TX 78205

**KELLER, BERNARD GERARD**, JR., educator; b. New Orleans, Dec. 18, 1936; s. Bernard Gerard and Gertrude Gerber (Stiles) K.; B.S., Loyola U. at New Orleans, 1959; M.S., L. Miss., 1961. Ph.D., 1965. Asst. prof. Mercer U. So. Sch. Pharmacy, Atlanta. 1966; asso. prof., 1967. prof., 1968-69; prof. pharmacy Southwestern Okla. State C., Weatherford, Okla, 1969 ; asst. dean 1972 . Mem. Am. Sch. Pharmacy, summers 1967, 68. Fellow Am. Found. Pharm. Edn., Am. Coll. Apothecaries (asso.); mem. Am. Pharm. Assn, Nat. Assn. Retail Druggists (asso.), Omicron Delta Kappa, Alpha Sigma Nu. Author: Pharmaceutical Marketing an Anthology and Bibliography, 1969. Introduction to Clinical Pharmacy lab. manual, 1973. Home: PO Box 60316 Oklahoma City OK 73106 Office: Sch Pharmacy Southwestern Okla State U Weatherford OK 73096

**KELLER, CHARLES**, JR., comm. co. exec; b. Denver. Colo. Aug. 20, 1908; s. Charles and Frances (Rosenfield) K.; B.S., L.S. Mil. Acad, 1930; B.S. in Mech. Engring., Mass. Inst. Tech., 1933; m. Rosa Freeman, Dec. 28, 1932; children Charles III, Mary (Mrs. Luis M. Zervigon), Caroline (Mrs. Philip H. Loughlin III), Commd. 2d lt. C.E. U.S. Army, 1930, advanced through grades to col. 1944; resigned 1945; with Nat. Am. Bank, New Orleans, 1930-41; pres. Keller Constrn. Corp, New Orleans, 1946-75. Pres. Pub. Affairs Research Council La., 1960-61. United Fund Greater New Orleans Area, 1955; chmn. Central Area Com, New Orleans, 1959-61; trustee Com. Econ. Devel, 1964 . Decorated Bronze Star medal with 2 oak leaf clusters, Legion of Merit with oak leaf cluster; Legion of Honor, Croix de Guerre with palm (France). Registered prof. engr. La. Mem. Assn. Gen. Contractors Am. (pres. 1963), Am. Soc. C.E. Soc. Am. Mil. Engrs., Nat. Soc. Prof. Engrs. Home: 1701 Arabella St New Orleans LA 70115 Office: 611 Gravier St Room 909 New Orleans LA 70130

**KELLER, CHARLES**, III, civil engr.; b. Ancon, Panama Canal Zone, Apr. 6, 1935; s. Charles and Rosa (Freeman) K; B.S., Stanford, 1957; M.B.A., Harvard, 1961; m. (div.); children Charlotte, Charles Wade. Resident engr. City and County of San Francisco, 1958-59; data processing analyst New Orleans Pub. Service Inc., 1961-63; v.p. Keller Constrn. Corp., New Orleans, 1963-71; asso. corporate finance dept. Kuhlmeyer & Co., New Orleans, 1971-73; project mgr. Henry Assoc., New Orleans, 1973-75; pres. Gen. Enterprises, Inc., New Orleans, 1962 . bd. dirs. New Orleans Philharmonic Symphony, 1962 , v.p. 1969-72; bd. dirs. New Orleans Speech and Hearing Center, 1963-69, pres. 1969; bd. dirs. Junior Achievement So., 1970. United Way Greater New Orleans, 1972 . Vols. of Am., New Orleans, 1971 . Served with AUS, 1958. Registered prof. engr. Mem. Bar, Govtl, Research C. of New Orleans, Am. Soc. C.E., Am. Soc. Military Engrs., Am. Soc. Prof. Engrs., La. Engring. Soc., Am. Arbitration Assn. (panel mem.), Internat. House, Phi Beta Kappa, Tau Beta Phi. Democrat. Clubs: New Orleans Country, New Orleans Lawn Tennis. Home and office: 4510 State St New Orleans LA 70118

**KELLER, CHRISTOPH**, JR., clergyman; b. Bay City, Mich., Dec. 22, 1915; s. Christoph and Margaret Ely (Walter) K; grad. Lake Forest (Ill.) Acad, 1934; B.A., Washington and Lee U., 1938; student Grad. Sch. Theology, U. South, 1954; certificate spl. work, Gen. Theol. Sem., N.Y.C, 1953; S.T.D. (hon.), Gen. Theol. Sem.; D.D. U South; m. Caroline P. Murphy, June 22, 1940; children Caroline Cornelia, Caroline, Kathryn, Christoph, Elizabeth, Planter, Alexandria, La, 1940 ; pres. Delic Farm & Lumber Co., El Dorado, Ark. 1949-51; rector St. James Ch., Alexandria, La., 1951-54; prof. Univ. South; rector P.E. Ch., 1957, rector, Huron Ark. 1955, charge missions in Eureka Springs and Mountain Home, Ark.; 1957-61; rector St. Andrews Episcopal Ch. Jackson, Miss. 1961-67; Bean St Andrews Episcopal, Jackson and 1967; bishop coadjutor

Aberdeen Angus Breeders Assn, 1947, La. Delta Council, 1950; chmn. United Fund El Dorado, 1952; Mem. Madison Parish (La.) Sch. Bd., 1952-53. Trustee All Saints Jr. Coll, Vicksburg, Miss, 1969-51, es ; bd. regents C South, Sewanee, Tenn., 1972 . Served as officer USNR, World War II. Mem. Si Kappa Alpha (pres. 1939). Home: 1804 Beechwood Rd Little Rock AR 72207 Office: 300 W 17th St Little Rock AR 72206

**KELLER, FRANK VARIST**, urban planner; b Reserve, La., Apr. 22, 1937; s. Henry and Elise (Green) K; B.A., So. U., Baton Rouge, La., 1959; postgrad. Wayne State U., Detroit, 1962-63; M.A., Ga. State U., Atlanta, 1974; m. Tomette Mizell, Aug. 17, 1968; children Yvonne Rae. Steven Varist. Tchr. parochial high sch., Reserve, 1959; teaching asst. Wayne State U., 1962-63; urban planner S.S. Kresge Co., Detroit, 1963-64; urban planner Detroit Regional Commn., 1965-69; urban planner Atlanta Model Cities Program, 1969-71; urban planner Atlanta Planning Bur., 1971 . Part-time instr. geography Ga. State U., 1974. Mem. budget rev. com. United Way, Atlanta, 1972-73. Served with AUS, 1955-61. Mem. Atlanta Urban League, Assn. Am. Geographers, Gamma Theta Upsilon, Pi Gamma Mu. Clubs: City Hall Men's. Sr Paul of Cross Men's. Home: 1393 Dodson Dr Atlanta GA 30311 Office: City Hall 68 Mitchell St Atlanta GA 30303

**KELLER, OSWALD LEWIS**, JR., chemist; b. N.Y.C., May 24, 1930; s. Oswald Lewis and Katherine Doris (Ludwig) K.; B.S., Cornell Univ., 1953. Ph.D (Rockefeller fellow), Vicking Corp. fellow), Mass. Inst. Tech., 1959 ; m. Dona Claire Guild, Oct. 1955; children Christopher Guild, Claire, Elaine, Elizabeth. Chemist, Oak Ridge Nat Lab, 1960-66, div. transuranium research lab, 1966-74, dir. chemistry div., 1974 . Mem. transuranium program com. AEC, 1966-7, past. mem. nuclear physics Nat. Acad. Sci., 1971-72; mem. transuranium tech. group ERDA, 1974 . Served with AUS, 1954-56. N SPHS fellow, Mass. Inst. Tech., 1959-60. Mem. A.A.A.S, Am. Chem. Soc., Am. Phys. Soc., Phi Beta Kappa, Sigma Xi. Home: 101 Morgan Rd Oak Ridge TN 37830 Office: PO Box X Oak Ridge TN 37830

**KELLER, RICHARD LAURENCE**, labor economist; b. Deming, N.D., Mar. 21, 1922; s. Herman and Alice (Kearn) K; B.B.A., Portland, 1960; M.B.A., 1961; m. Sarah Jane Dora, Mar. 1, 1968. Research asst U Portland, 1960-61; accountant Fed. Housing Administration, Washington, 1961-69; economist Dept. Labor, Washington, 1969 . Mem. Am. Stats. Assn, Alpha Kappa Psi. Independent. Roman Catholic. Home: 1200 S Court House Rd Arlington VA 22204 Office: 4077 F 441 G St NW Washington DC 20212

**KELLERMAN, ROBERT EUGENE**, petroleum co. exec.; b. Beggs, Okla., Dec. 20, 1927; s. John Austin and Mary (Burgardt) K; B.S. in Petroleum Engring., U. Tex., 1949; m. Shirley Pulley, Sept. 3, 1949; children Robert Scott, Shirley Kay. Dist. engr. Republic Natural Gas Co., 1949-52; dist engr., chief engr, gen. mgr. Tex. Crude Oil Co., Ft. Worth, 1952-71; pres. N.Am. Internat, Inc, 1965-71, Petroleum Leaseholds, Inc., 1965-71, Tex. Crude Oil Co. Inc., 1965-71; v.p. Pipeline Transp. Inc. 1965-71; pres. Oppenheimer Oil & Gas Inc., Ft. Worth, 1974 ; dir. Gateway Nat. Bank, Mem. Ft. Worth City Art Commn. Central area chmn. Oil Info. Com., 1958-60, recipient six er certificate for service. 1958. Registered prof. engr. Mem. Tex. Mid-Continent Oil and Gas Assn., Am. Petroleum Inst., Am. Inst. Mining, Metall. and Petroleum Engrs. Ind. Petroleum Assn. Am. (dir.), Internat County Tex. Ex-Students Assn (pres. 1967), Fort Worth Walkateers (dir.), Tau Beta Pi, Sigma Gamma Epsilon. Democrat. Mem. Disciples of Christ (deacon, elder). Home: 1517 Hillcrest St Fort Worth TX 76107 Office: 3309 Winthrop St Suite 207 Fort Worth TX 76116

**KELLETT, WILLIAM HIRAM**, JR., architect, engr., educator; b. Bryan, Tex., Oct. 15, 1930; s. William Hiram and Elizabeth (Minsky) K.; A.A., Victoria (Tex.) Coll, 1934; B.Arch., Tex. A. and M. U., 1960. M.Arch, 1967; m. Christianna Mara Binsch, Feb. 2, 1962 (div.); children Elizabeth Julia, Rene Janine, Kira Lorraine; m. 2d. Ann Robertson Wilkins. Dec. 31, 1971; children Robert, Patricia, Elec. technician W.E. Kutz Schlucter, Bryan, Tex., 1950-54; engring. technologist Johnston & Davis, Victoria, Tex, 1952-54; mech. elec. systems designer Hall Engring. Co., Bryan, 1955-62; mech. and elec. systems designer Environment-Inst., Bryan, 1962-74; pres. Mech Elec Cons., Bryan, 1974 ; prof. environ. design Tex. A. and M. U., College Station, 1962 . Vice chmn. City Charter Com, Bryan, 1969; chmn. Bd. Equalization, 1969-70. Registered architect, engr. Mem. A.I.A., Illuminating Engr. Soc., A.A.U.P., Am. Soc. Heating, Refrigeration and Air Conditioning Engrs, Refrigeration Engrs. and Tech. Assn, Nat. Soc. Prof. engrs., Phi Theta Kappa, Tau Beta Pi, Tau Sigma Delta. Home: 1000 Esther Blvd Bryan TX 77801 Office: Coll Architecture and Design Tex A and M U College Station TX 77840

**KELLEY, CHAPMAN**, artist; b. San Antonio, Aug. 26, 1932; s. Ralph Payne and Ruby (Sloane) K; spl. art student Trinity L., 1948-50; student Pa. Acad. Fine Arts, 1951-55; m. Jean Catherine Wisner, Jan. 3, 1953; children Cole Chapman II, Kevin Carson. Exhibited numerous one man shows, Dallas, Houston, Austin, Tex., Corpus Christi, Tex., San Antonio, Longview, Tex., Tulsa, N.Y.C., Memphis, New Orleans, San Francisco; exhibited group shows including Ringling, Nat. Exhibit, Sarasota, Fla., 1959, Southwestern Print and Drawing Exhibit, 1959, Southwestern Art Invitational, Dallas Mus. Fine Art, 1960, 1758 Pa. Acad. Ann., 1962, Former Students Exhibit at Pa. Acad Fine Arts, 1962, Butler Inst., Youngstown, O., Corcoran Gallery, Washington, 1963, Commer Gallery Art, 1964. Abilene (Tex.) Fine Arts Mus, 1964, Okla. Art Center, Okla. City, 1964-67; represented in permanent collections Dallas Mus. Fine Arts, Tex. Instruments, Inc., Colorado Springs Fine Arts Center, Mustang Art Center, Topeka, Okla. Art Center, White Meml. Mus, San Antonio, At First Bank of Dallas, Mckinney, Tex., Greene Inc., N.Y.C., Joseph Hirshhorn Collection, numerous other bus., pub. and pvt. collections. Owner, operator Atelier Chapman Kelley, art sch, gallery; frame shop, Dallas; panelist Manta Art Arts Symposium, Center Advanced Studies, U. Ill, 1967; also lectr. Recipient awards including State Fair Tex. Purchase prize 22d Ann. Tex. Painting and Sculpture Exhibit, 1960; 52 Wallace Truman prize N.A.D., 1963; Childe Hassam Purchase award Am. Acad. Arts and Letters, William Emlen Cresson Europcan traveling scholar, 1954-55, 1st prize Tex. Painting and Sculpture Exhibit, 1964, 2 State Ann. Painting and Sculpture Exhibit, Okla. Art Center, 1965, Purchase award San Ant Competition shows, El Paso Mus. Home: 5511 Fairfield Dallas TX 75209 Office: 2526 Fairmount St Dallas TX 75201

**KELLEY, CLARENCE MARION**, pub. official; b. Kansas City, Mo., Oct. 24, 1911; s. Clarence Bond and Minnie (Brown) K.; A.B., U. Kan., 1936; Ll. B., U. of Kansas City, 1940, Ll.D., Baker U. Culver-Stockton Coll.; m. Ruby Dyeantha Pickett, Aug. 28, 1937 (dec.); children Mary Ruth (Mrs. Edward Ragland Dobbins, Jr.) Kent K Admitted Mo bar, 1940 41; agt. pvt. practice law, Kansas City, Mo.

# WHO'S WHO IN AMERICAN ART

## 1973

A Biographical Directory
Edited by
THE JAQUES CATTELL PRESS

Foreword by
WILDER GREEN, Director
The American Federation of Arts

Jaques Cattell Press / R.R. Bowker Company
New York & London
Xerox Education Companies

Exhibitions: Salon de Jeunes Pientres, Paris, France, 51; Pa Acad Fine Arts Ann, Philadelphia, 52-53 & 68-69; Lagos Mus, Nigeria, 61; San Jose State Col, Calif, 69; Master Series, Carnegie Libr, Pittsburgh, Pa, 70.

Teaching: Prof painting & dir course, Centre D'Art, Port-au-Prince, Haiti, 52-53; assoc prof drawing & painting, Philadelphia Col Art, 54-68, chmn basic art prog, 63-66; prof drawing & design, Bucks Co Community Col, Newton, 68-, chmn dept art, 70-, area coordr art dept, 68-70.

Awards: Alumni award in art, Temple Univ.

Bibliography: Briskin (auth), New talent art in America, Art in Am, 54; Lewis/Waddy (auth), Black artists on art, Contemp Crafts, 71.

Mailing Address: 2843 Bristol Rd, Warrington, PA 18976.

**KEENER, ANNA ELIZABETH**
Painter, Educator
b Flagler, Colo, Oct 16, 95.
Study & Training: Bethany Col (Kans), BFA & BA; Art Inst Chicago; Kansas City Art Inst; Univ N Mex, MA; also graphics with George Miyasake & mural painting with James Pinto.
Work in Public Collections: Rare Bk Sect, N Mex State Univ Libr; Mus N Mex Fine Arts; Birger Sandzen Mem Gallery, Lindsborg, Kans; U S Nat Monument, Los Alamos, N Mex; current seals for Sul Ross State Univ, Alpine, Tex & Eastern N Mex Univ, Portales.
Commissions: Zuni Pottery Making (mural), McKinley Co Courthouse, Gallup, N Mex; Baptistry, Bd Dirs, Baptist Church, Portales.
Exhibitions: Mus N Mex Biennial, Santa Fe, 68; Rocky Mountain States Print Collection, 69; Southwestern Art Festival, Tucson, Ariz, 70; 47th Ann, Springville, Utah, 71; 5 State Exhib, Port Arthur, Tex, 71.
Teaching: Supvr art, Ariz Pub Schs. Globe; instr art, Kansas City High Sch; head dept art, Eastern N Mex Univ.
Positions: Bd dirs, N Mex Art Educators Asn; juror, Mus N Mex Art Exhibs; juror, N Mex Pub Schs Exhibs, State Fair; State Chmn Fine Arts Prog, Am Asn Univ Women; State Chmn Fine Arts, N Mex Fed Women's Clubs.
Awards: Bronze Medal for Barn on the Hill, Kansas City Art Inst; Poorbough Press Award for Giraffes, 56; award for collagraph, Mus N Mex Fine Art, 62; plus one other.
Bibliography: Roy S Dunn (auth), Archives for the American Southwest, Tex Tech Univ, 65-72.
Memberships: Artists Equity Asn (pres Santa Fe Chap, 64-65).
Dealer: Kachina Gallery, 112 Old Santa Fe Trail, Santa Fe, NM 87501.
Mailing Address: 312 Cadiz Rd, Santa Fe, NM 87501.

**KEITH, DAVID GRAEME**
Museum Curator
b Toronto, Ont, Sept 21, 12.
Study & Training: Western Reserve Univ, BA & MA; Harvard Univ; New York Univ.
Positions: Cur decorative arts, M H de Young Mem Mus, at present.
Mailing Address: M H de Young Memorial Museum, Golden Gate Park, San Francisco, CA 94118.

**KELEMEN, PAL**
Art Historian
b Budapest, Hungary, Apr 24, 94; U S citizen.
Study & Training: Univ Budapest; Univ Munich; Univ Paris; mus res in Budapest, Vienna, Florence, London, Madrid & Seville.
Teaching: Lectr, Nat Gallery Art, Metrop Mus Art & other mus & univs; spec lect tour, U S Dept State, Europe & the Near East.
Positions: Survey trips, U S Dept State, Mex, Cent Am & Europe, 33-; mem comn for protection & salvage of artistic & hist monuments in war areas, World War II.
Awards: Condor, Order of Merit, Ecuador.
Memberships: Fel Royal Anthrop Inst; mem var sci socs in U S, Latin Am & Europe.
Research: Early Christian art; pre-Columbian and colonial art in Latin America.
Publications: Auth, Ancient, colonial art of the Americas, Dutch, 62, Ger, 64, Fr, 65, Span, 67, Port, 69; auth, Art of the Americas, 69 & 70; auth, Peruvian colonial painting, 71; contrib, Encycl Britannica; contribr, Staufbacher's World Art History & other leading periodicals in the U S, Europe & Latin Am.
Mailing Address: Box 447, Norfolk, CT 06058.

**KELLEHER, DANIEL JOSEPH**
Painter, Instructor
b Erie, Pa, Nov 15, 30.
Study & Training: Edinboro State Col, BS, 53; Syracuse Univ.

Work in Public Collections: Washington & Jefferson Col, Wa Pa; Hemingway Collection, New York, N Y; First Nat Ban Erie Pub Libr.
Exhibitions: Nat Soc Painters in Casein, New York, 67; Butl Am Art, Youngstown, Ohio, 67 & 68; Audubon Artists 26th New York, 68; Mainstream 69, Marietta Col, Ohio, 69; W U S A, Springfield, Mo, 71.
Teaching: Art educator, Erie Sch Dist, 61-
Awards: Hon mention, Four Arts Soc, Palm Beach, Fla, 67; award, Washington & Jefferson Col, 68; award of excellen Mainstream 69, 69.
Bibliography: Clyde Singer (auth), Butler midyear show, 67; Kienzle (auth), Washington & Jefferson show, Pittsburgh 68; Group show Erie artist, Cleveland Plain Dealer, 69.
Memberships: Erie Art Ctr (mem bd dirs, 68-); Chautauqua N Y; Pa Art Educ Asn.
Publications: Contribr, articles, In: Sch Arts Mag, 68 & 72.
Dealer: Galerie 8, 2594 W Eighth St, Erie, PA 16505.
Mailing Address: 427 E Eighth St, Erie, PA 16502.

**KELLEHER, PATRICK JOSEPH**
Art Administrator, Art Historian
b Colorado Springs, Colo, July 26, 17.
Study & Training: Colo Col, AB, 39; Princeton Univ, MFA, 4 47; Am Acad Rome, fel, 47-49; fine arts specialist off, G 46.
Collections Arranged: Art Mus, Princeton (new bldg), 66 & : ous spec exhibs, incl European & American Painting & Sc in Princeton Alumni Collections, 72.
Teaching: Lectr art hist, Univ Buffalo, 50-51; res prof art h Univ Mo, 56-59; prof art hist, Princeton Univ, 60-
Positions: Chief cur art, Los Angeles Co Mus, 49; cur colle Albright-Knox Art Gallery, 50-54; cur European art, Nel lery-Atkins Mus, 54-59; dir, Art Mus, Princeton Univ, 60 juror, regional exhibs.
Memberships: Am Art Mus Dirs.
Publications: Auth, The holy crown of Hungary, Am Acad Ro auth, Expressionism in American art, Albright-Knox Art 53; co-auth, The century of Mozart, Nelson Gallery, 56; c European & American painting & sculpture in Princeton : Collection, 72; auth, John White Alexander (in prep).
Mailing Address: 176 Parkside Dr, Princeton, NJ 08540.

**KELLER, DEANE**
Educator, Painter
Preferred Media: Oil.
b New Haven, Conn, Dec 14, 01.
Study & Training: Art Stud League, New York, N Y, with Geo Bridgman; Yale Univ Sch Fine Arts; with Eugene F Savag Taylor; Am Acad Rome (Prix de Rome 3 yrs), 26.
Work in Public Collections: Hq, U S Post Office, Washington portrait of Sen Robert Taft, Senate Reception Chamber, C Bldg, Washington, D C; Conn Ct Errors (Supreme Ct), Ha Conn; Yale Univ, New Haven: N Y Hospital, Cornell Univ, York.
Commissions: Two murals, Shriver Hall, Johns Hopkins Uni more, Md, 57; mural (with Baurel LaFarge), Pub Libr, N Haven.
Exhibitions: Portraits, New York, several exhibs in 60's Univ; Hartford, Conn; Harrisburg, Pa; others.
Teaching: Prof art, Yale Univ Sch Art & Archit, 30-70; prof Paier Sch Art, 55-
Positions: Chief, fine arts sect, Fifth Army, Italy, 43-46.
Memberships: New Haven Paint & Clay Club (pres, 36-39).
Dealer: Portraits, Inc, 41 E 57th St, New York, NY 10022.
Mailing Address: 18 Brookhaven Rd, Hamden, CT 06517.

**KELLEY, CHAPMAN**
Painter, Art Dealer
Preferred Media: Oils, Pastels.
b San Antonio, Tex, Aug 26, 32.
Study & Training: Hugo D Pohl Art Sch San Antonio; Trinity I Pa Acad Fine Arts, with Franklin Watkins, Hobson Pittma ter Steumpfig, Abraham Rattner, Morris Blackburn, Juliu Harry Rosin, Frances Speight & Roswell Weidner.
Work in Public Collections: Mulvane Art Ctr, Topeka, Kans; Art Ctr, Oklahoma City; Witte Mem Mus, San Antonio; Da Fine Arts, Tex; Tex Instruments, Inc, Dallas; Colo Spring Arts Ctr.
Exhibitions: Southwestern Art Invitational, Dallas Mus Fine nat circulation Am Fedn Art, 57; 157th Ann Ann Painting & ture, Pa Acad Fine Arts, Philadelphia, 62; Childe Hassam Exhib, Am Acad Arts & Lett, New York, N Y, 63; Butler I Art Midyear Shows, 64 & 66-67; 11th Midwest Biennial, A Mus, Omaha, Nebr, 70; Artists Southeast & Tex Biennial, Mus, New Orleans, 71; plus many other group & one-man



STATE OF ILLINOIS
EIGHTY-FOURTH GENERAL ASSEMBLY
SENATE

Senate Resolution No. 420

Offered by Senator John A. D'Arco

WHEREAS, The Members of this Senate are pleased and honored to recognize people who enhance the beauty of this State through their work; and

WHEREAS, It has come to the attention of this Body that Chapman Kelley has transformed Chicago's Grant Park into a showcase for a new form of living art; and

WHEREAS, Chicago Wildflower Works I is the creation of Artist Chapman Kelley, and can be found in two giant ovals spanning 66,000 square feet in Grant Park; and

WHEREAS, Some 380,000 plugs, each containing a number of plants, were planted last fall in the two ovals, each of which compare in size to a football field; and

WHEREAS, The 47 wildflower species used, one of which is the Wild Nodding Onion from which Chicago got its name, are perennials and will return year after year, larger and more beautiful; and

WHEREAS, Wildflowers ultimately require less water, fertilizer and maintenance than do more exotic species, and will bloom from May through September and then again in May, which will lower maintenance costs for the park district; and

WHEREAS, Chapman Kelley is a pioneer in the use of natural materials, and Grant Park will be the first park district in the United States to display a live wildflower work of art of this scale; and

WHEREAS, The Chicago Wildflower Works was made possible through the hard work and dedication of Edmund Kelly, General Superintendent of the Chicago Park District; and

WHEREAS, Chapman's goal is to educate the public about the concept and appreciation for the wild look of wildflower planting in public places, replacing the clipped grass to which we have become accustomed; therefore, be it

RESOLVED, BY THE SENATE OF THE EIGHTY-FOURTH GENERAL ASSEMBLY OF THE STATE OF ILLINOIS, that we commend Chapman Kelley for his vast artistic contribution to Grant Park; and that we wish him continued success in all his future endeavors; and be it further

RESOLVED, That we commend Edmund Kelly for his hard work and dedication; and be it further

RESOLVED, That suitable copies of this preamble and resolution be presented to Chapman Kelley and Edmund Kelly, as a formal indication of the respect and esteem in which they are held by this Senate.

Adopted by the Senate, June 29, 1985.

*Philip J. Rock*
President of the Senate

*Secretary of the Senate*

JOHN A. D'ARCO, JR.
STATE SENATOR
10TH SENATORIAL DISTRICT

ONE NORTH LASALLE
SUITE 2225
CHICAGO, ILLINOIS 60602

103A STATE HOUSE
SPRINGFIELD, ILLINOIS 62706

COMMITTEES:

CHAIRMAN
INSURANCE, PENSIONS AND
LICENSED ACTIVITIES

MEMBER:

ELECTIONS &
REAPPORTIONMENT
JUDICIARY I
JUDICIARY II



**GENERAL ASSEMBLY**
STATE OF ILLINOIS

July 3, 1985

Mr. Chapman Kelley
411 South Sangamon 1-D
Chicago, Illinois 60607

Dear Mr. Kelley:

It was my privilege and pleasure to introduce in the Illinois State Senate a Resolution commending and congratulating you for your contribution to the City of Chicago in making the Chicago Wildflower Works I a reality.

You certainly should be proud of this accomplishment. On behalf of myself, my colleagues, and the many people who have benefited and will continue to benefit from your innovative creation, I wish to extend our gratitude and best wishes as you continue to meet the challenges ahead.

Sincerely yours,

JOHN A. D'ARCO, JR.
State Senator
10th District

JAD:b
enc.



WILDFLOWER GARDEN 1980 — X QUADRUPTYCH
oil on canvas



LARGE FIELD OF BUTTERCUPS



**EXHIBIT C**





# Art in the Garden



CITY OF CHICAGO
Richard M. Daley, Mayor



CHICAGO PARK DISTRICT
Timothy J. Mitchell,
General Superintendent & CEO

BOARD OF COMMISSIONERS
Maria M. Saldaña, President
Gerald M. Sullivan, Vice President
Dr. Margaret T. Burroughs
Reverend Daniel Montes-Real
Cindy Mitchell
Bob Pickens
Rouhy J. Shalabi



CHICAGO DEPARTMENT OF
CULTURAL AFFAIRS
Lois Weisberg, Commissioner

**For more information** about the Chicago Park District's more than 7,300 acres of parkland, 552 parks, 32 beaches, nine museums, two world-class conservatories, 16 historic lagoons, 10 bird and wildlife gardens, thousands of special events, sports and entertaining programs, please visit www.chicagoparkdistrict.com or contact the Chicago Park District at 312.742.PLAY or 312.747.2001 (TTY).

**Want to share your talent?**
Volunteer in the parks by calling, 312.742.PLAY.

Cover art by Dessa Kirk

*Art in the Garden* answers that question starting in June when the first plantings go into the ground in 24 Chicago Park District gardens designed by artists.

It won't be the first time the Park District has explored the question. Over the past three years, Chicago Park District horticulturists and designers have pushed the limits of what Chicagoans expect to find in public gardens. At the end of the growing season of 2001, we began by painting a bed of plants, located at the North Avenue exit from Lake Shore Drive. Fading plants were coated in non-toxic paints the color of raspberries, melons, canaries and blue sky. Motorists noticed, registering surprise and approval.

Since then we have painted trees blue, snaked orange tubes through a garden, made mounds of pansies at the intersection of Michigan Avenue and Congress Parkway, and decorated a pink-flowered garden with large painted tubes in various shades of pink.

Over the years, these gardens sparked curiosity. Each time we bring art props into the gardens, the Park District switchboard lights up. Some people are confused, while others are elated, even inspired. (Blue trees have since been spotted in private gardens on the West Side of Chicago.) The intent of the "arty" objects has been to get people out of their cars and take a different route to experience the unusual gardens. In short, we want to make gardens destinations rather than merely backdrops, and judging from the responses so far, we have been successful.

*Art in the Garden* will take that destination idea to a new level. Artists will not only insert objects into green spaces; they will use living plants as their paint and clay. The gardens will change as the plants grow, so that each garden visit will be a different, new experience.

The art gardens are organized around the city's boulevard system, in parks where annual gardens currently exist. This brochure captures some of the artistic splendor of the artists' original proposals, along with their statements expressing what the gardens mean to them. We have been encouraged by Mayor Richard M. Daley to "think outside the box," and we believe these artistic gardens will enhance visitors' enjoyment of the city's parks. And who knows, perhaps art gardens will begin sprouting in backyards throughout Chicago in 2005.




Background art by Barbara Cooper

EXHIBIT E

# chicago park district

search  Entire Site      for

home     events     programs     in the news     parks & facilities          departments   affiliates   work@cpd   volun

current news     archive

### find out more

**Related Events**
- Nature -- Nature Oasis
- Nature -- Volunteer Workdays
- Nature -- Workshops

**Related News**
- Grant Park News

**Park Information**
- Grant Park

## News

## Art in the Garden Project Continues through 2005

### Five Pieces Remain in Douglas and Grant Parks, New Piece Slated for Grant Park
Release Date: 11/16/04



The Chicago Park District is extending its Art in the Garden project through the fall of 2005 with six artistic pieces that can withstand Chicago's traditionally rough winters.

"The continuation of Art in the Garden allows our park visitors an additional year to enjoy a unique project that combines art with nature," said Timothy J. Mitchell, the general superintendent of the Chicago Park District. "The Chicago Park District is proud of how this project beautifies our city's parks and promotes awareness of the visual arts."

For more information about the Chicago Park District's more than 7300 acres of parkland, thousands of special events, and programs please contact us: 312/742.PLAY.



Artists used plants, sculptures and a variety of creative elements to design 24 gardens along a 26-mile stretch of Chicago' system, sometimes referred to as the city's "Emerald Necklace." These gardens, which opened on June 15, united major p diverse neighborhoods of Chicago. There were three gardens in Douglas Park, 13 gardens in Grant Park, five gardens in Li two gardens in Washington Park and one garden in Washington Square Park. The pieces were originally slated to be remo week of Oct. 31.

"The Chicago Park District decided to retain the artistic pieces that could physically and aesthetically withstand another ye Adam Schwerner, the director of horticulture for the Chicago Park District. "The pieces also were chosen based on their be despite the lack of flowering plants that will wither away during the winter."

One piece will remain in Douglas Park, four pieces will remain in Grant Park and a new piece by local artist Dessa Kirk will triangle area at Michigan and Congress starting in late November.

"People really loved the pieces that she produced for the South end of Grant Park called the Daphne Garden, so when she create another piece for this project at no extra cost, we accepted her generous offer," explained Schwerner who collabora Kirk on her new piece.

Kirk's as-yet-unnamed piece is a tall female figure made of metal with her arms outstretched. "The outstretched arms sym welcome, change, freedom and open-mindedness," Kirk explained. The artwork's skirt of metal will be covered in twinkling winter.

All of the Art in the Garden pieces will be removed from the parks in October 2005. Parks are open between 6 a.m. to 11 | days a week.

The four pieces that will remain on display in Grant Park, 331 E. Randolph St., are:

* "Untitled" - Maren Hasinger of Baltimore, Md. Located south of the Congress Parkway and West of Columbus Drive in Gr The artist aligned nature with the man-made by interspersing wire rope with plantings. Combining nature and wire symbol

there is no nature without human presence.

* "Daphne Garden" - Dessa Kirk of Chicago. Located at the northeast corner of Roosevelt Road and Michigan Ave. in Grant
used a disassembled Cadillac to create lilies that in turn were used to become the mythical Greek figure Daphneis who was
into a Laurel Tree by her father to save her from being captured. In this garden there are three figures that dance as they
transformed from women into trees. This garden is sponsored by the Union League Club of Chicago.

* "Whitecaps and Whitefish"- Madeleine Lord of Winchester, Mass. This piece will be relocated within Grant Park to south o
Parkway and west of Columbus Drive. Lord recreates her childhood memory of summers in Sister Bay, Door County Wisc.,
whitefish would appear above the lake, swimming in plain sight among the whitecaps.

* "Natural Reactor"- Lucy Slivinski, Forest Park, Ill. Located south of Congress Parkway and west of Columbus Drive in Gra
The garden's sculptural elements are inspired by power lines and the network of energy they carry. Gourd vines grew up t
poles, following the path of suspended chains. Poles and chains were concealed when the vines reached the center rings. \
vines die, leaving the gourds, the sculptural elements will again become prominent, though augmented with withered plan
completing a cycle. Nature's creation will transcend man's efforts.

The one piece that will remain on display in Douglas Park, 1401 S. Sacramento Ave., is:

* "Conversation with Chicago" - Jeanne Drevas of Sperryville, Va. Located at the intersection of Sacramento Ave. and 19th
Douglas Park. Nature in its myriad forms remains a constant if unacknowledged presence in daily life. The artist wants visi
garden to reconnect with the earth. By taking natural elements and interacting them with made forms, her constructions l
unavoidably, reminding everyone that despite how hard we all try to control and confine nature, it is there and it is us. Hu
well as the materials used in this garden, are all destined to return to earth as mulch to enrich the earth. This garden is sp
the Jens Jensen Legacy Project.

Art in the Garden is Chicago's first public art project that stretches from the lakefront to downtown. In the summer of 200
artists from across the world were invited to design gardens in the flowerbeds of the park district's major parks. The artist
committee was composed of garden experts from the Chicago Park District, the Public Art Program of the Chicago Departn
Cultural Affairs, the Museum of Contemporary Art, the American Indian Center, the Mexican Fine Arts Center Museum, the
League of Chicago and curator Madeline Rabb.

- **Contact Phone:** 312 742 7529
- **Publication Date:** 11/16/04



# Illinois Chapter
# American Society of Landscape Architects

July 11, 1984

Mr. Edmund L. Kelly
General Superintendent
Chicago Park District
425 East McFetridge Drive
Chicago, Illinois 60605

Dear Mr. Kelly:

The Illinois Chapter of the American Society of Landscape Architects is pleased to endorse Mr. Chapman Kelley's Chicago Wildflower Works proposed for Grant Park.

Mr. Kelley's landscape art is a literal interpretation of the philosophy of landscape architecture. He is an artist utilizing the form and color of the living landscape as a medium for expressing his art. Similarly, landscape architects combine nature, technology and design in the practice of their art upon the land.

Plants, be they flowers, ground cover, shrubs or trees, with their infinite variety of color, form and texture, become the palette used to create the "painting" that stirs the emotions in the outdoor gallery, just as a canvas and oil painting does in the indoor gallery. "Beauty is in the eye of the beholder" and the value or public acceptance of art in any of its various forms is subjective. But, where established principles of good design and laws of nature are respected, the resultant "art" can be beneficial, useful, and aesthetically enhancing.

Practitioners of landscape architecture range from environmentalists to urban designers but the underlying principles of our profession are the protection, use and enjoyment of the landscape by people. It is the appreciation of the technical challenges and sensitivity to design on the land that brings the Illinois Chapter of the American Society of Landscape Architects to support Mr. Chapman Kelley's work of art upon the land in Grant Park.

Very truly yours,

James C. Gamble
President, Illinois Chapter



*Chicago Park District*

425 EAST MCFETRIDGE DRIVE
CHICAGO, ILLINOIS 60605

EDMUND L. KELLY
GENERAL SUPERINTENDENT

The Chicago Park District invites you to attend a press luncheon and preview of the CHICAGO WILDFLOWER WORKS at 11:30 a.m. Friday, July 13 at the Daley Bicentennial Plaza, 337 E. Randolph Dr.

CHICAGO WILDFLOWER WORKS is the creation of Dallas-based artist Chapman Kelley and consists of two giant ellipse-shaped beds of wild flowers to be planted on the grassy area above the Monroe Street Underground Garage between Monroe and Randolph.

Work for this major undertaking will begin in late July for an August planting. Each of the ovals is football-field size and together will provide some 60,000 square feet of perennial blooms from May through September.

Chapman, an internationally renowned artist, is a pioneer in the use of natural materials for "living" art and has achieved national prominence for his efforts to incorporate landscape in artistic creation. One of his notable works is a four-mile strip of flowers through the heart of the Dallas-Ft. Worth Airport.

The Chicago Park District will be the first park in the U.S. to display flower arrangements on this scale as a cost-effective and low maintenance form of art. Its installation promises to lend a dramatic impact on the overall aesthetics of the Grant Park/downtown/lakefront area as well as attract millions of visitors annually.

Among those attending will be John and Bonnie Swearingen—long-time collectors of Kelley's works—and a host of other prominent Chicagoans and art patrons.

Free parking will be available in the Monroe Street Garage directly beneath the Bicentennial Plaza. Enter on Monroe between Columbus and Lake Shore Drive.

Sincerely,

Edmund L. Kelly
General Superintendent

For further information contact Linda McHugh or Don Garbarino at 294-2496.

# NEWS

CHICAGO PARK DISTRICT
425 E. McFETRIDGE DRIVE
CHICAGO, ILLINOIS 60605

DEPARTMENT OF
PUBLIC INFORMATION
294-2493

**EXHIBIT H**

FOR IMMEDIATE RELEASE
July 13, 1984

Don Garbarino
&
Linda McHugh

## GRANT PARK SITE FOR GIANT CHICAGO WILDFLOWER WORKS

Chicago's Grant Park will soon become a showcase for a new form of "living" art--giant ovals of multicolored wildflowers.

Chicago Wildflower Works is the creation of artist Chapman Kelley and will be installed on the grassy area above the Monroe Street garage between Monroe and Randolph.

Park District workers will prepare the ground this month for an August planting. The wildflowers will provide a progression of blooms from May through September. Perennials return year after year larger and more beautiful.

"We are delighted to become the first park district in the U.S. to display a live wildflower work of art on this scale," said General Superintendent Edmund L. Kelly.

"This work should lower maintenance costs at this park and other future parks while providing Chicagoans and visitors with aesthetically beautiful areas." Plantings will be supplied by Iverson Perennial Gardens in suburban Long Grove.

One of Chapman's approaches is to create living works of art--seas of wildflowers--in barron spaces. He juxtaposes concrete sidewalks and buildings with lyrical wildlife plantings to his design.

His goal is to educate the public about the concept and appreciation for the wild look of wildflower plantings in public places, replacing the clipped grass to which we have become accustomed.

Kelley is a pioneer in the use of natural materials and has attracted national prominence for his efforts to incorporate the landscape in artistic creation.

In his Chicago project, each of Kelley's ovals will compare in size to a football field. Together the two ovals will display some 60,000

more

square feet of wildflower plantings.

A total of 264,000 Iverson-grown plugs will be installed on the site over a three-week period. Each plug contains from four- to eight plants with well-established roots.

The first blooms will show up next year. Each plant that survives will throw off from one- to three dozen blooms. Iverson said this planting technique has a high assurance of success as opposed to planting seeds, which are often difficult to germinate on site.

Once the ovals mature, the results will be two breathtaking natural canvasas of Kelley-designed color patterns.

Kelley said the color schemes in the two ellipses will accentuate the natural and inherrent dialogue that exists between the two juxtaposed entities. The north ellipse will be generally cool in nature and the southern ellipse relatively warm.

Each will be composed of almost all the 48 species of wildflowers, with the difference defined by the proportion of the plants in each ellipse and its bands. Color and intensity will be nearly equal throughout the blooming seasons from spring through fall.

The ellipses will be defined by a preponderance of white in the outermost band--five feet in width--and gradually diminish in whites and increase in color intensity through a second 10-foot band and third 15-foot band.

The elliptical proportion will have changed from an approximate one- to two ratio of 150 by 310 feet at the outside to an approximate one- to three ratio of 90 by 250 feet in the central area.

High density brillance of reds, yellows, blues and oranges in the center will sparkle and resonate against the outermost white and compliment more muted varieties which will serve as the base color.

Multiple varieties of wildflowers will reflect a wide range of base colors. A preponderance of cooler varieties in the northern ellipse contrast to a warmer concentration in the southern ellipse. Planted in this way, the Wildflowers Works will be carefully controlled in design, time and color transition as a pointilist painting.

Aside from its sheer beauty, the display is a way of increasing public awareness of aesthetics in land design. Ideally, the stimulus would ultimately find wide scale expression in other public as well as

more

private residential spaces.

"Initially, Chapman does the same on land as he does on canvas," said Ron Iverson, president of Iverson Perennials. "He hopes the Wildflower Works will confirm a new significance in urban open spaces and that the works will gain public acceptance of a new vegatative management system that beautifies landscape economically with low-maintenan wildflowers."

Native plants require less water, fertilizer and maintenance than more exotic species, and are important factors to consider in the light of escalating energy costs and dwindling water supplies. The project will also result in other practical benefits by providing a cushion for sound, help control erosion and provide relief from monotonous expanses of clipped grass.

Kelley plans to establish a residency here during the Wildflower Works installation and as it fulfills itself. Next summer he will do ___ paintings of the work.

Kelley's efforts are aimed at the masses, rather than the elite arts community, with a simple symbol, the flower. He plans to work with and train docents and other volunteers to help maintain the ovals.

Kelley has read and studied much about the Chicago area and some of its famous visionaries--Daniel Burnham, Jens Jensen and Frederick Law Olmsted. He has described Chicago as a "museum of parks."

In choosing Grant Park as site for his works, Kelley has chosen one of the world's most envied front yards, with its green space, statues, harbor and surrounding places of culture. His project lends dramatic impact to the Chicago Park District's motto: "Garden in a city." Moreover, it is certain to create economic benefits for the city be creating an additional "must see" site for millions of tourists and visitors.

"Flowers have been the greatest, most ambitious, hopeful symbol of man from the beginning of time," Kelley said. "They symbolize love, life, happiness and all the good things and always have. They are the high point in the whole life cycle process, certainly the visual world."

####

Color slide of Chicago Wildflower Works available upon request. Contact Ron Iverson of Iverson Perennials at (312) 359-3500.

# CHICAGO WILDFLOWER WORKS I

*by* Chapman Kelley

*and*

**Chicago Park District**
Edmund L. Kelly
*General Superintendent*



"I would like to thank the following for their participation and support in making Chicago Wildflower Works I possible: The Chicago Park District commissioners and General Superintendent Edmund Kelly and his very professional staff; Iverson Perennial Gardens; Theodore Buckingham & Co. and Dr. Thomas Jefferson Allen; and volunteers, docents and other Chicagoans who have demonstrated their interest and support of this project."

*Chapman Kelley*

## Chicago Wildflower Works I

*[Map showing Randolph St., Monroe St., Congress, Michigan Ave., Lake Shore Drive, and Buckingham Fountain, with N compass arrow]*

## EXHIBIT I



Photo: Carol Kyros Walker

Artist-painter Chapman Kelley is currently using wildflowers as his paints and the Earth his canvas in what is regarded as some of the best urban space in the world, the north end of Chicago's famous Grant Park. Millions of permanent wildflowers delight the eye and scent the air from Spring through Fall.

The heroes of Chicago's landscape include Frederick Olmsted, Daniel Burnham, Jens Jensen and William LeBaron Jenny. The inspired work of Chapman Kelley certainly fits well in the Chicago Park District with the works of those masters.

Artist and philosopher Kelley has come to Chicago to paint the landscape with colorful wildflowers. The philosophy behind them says that opposites can co-exist, that the aesthetic beauty in nature can flower in an urban environment, that working with nature rather than trying to overpower it can have beautiful results.

Nearly every day, Chapman may be seen tending his living piece of art. He expects to do paintings at the Wildflower Works site all summer long.

Chapman has frequently said, "Art has always proven to be a community's best and longest lasting investment." Burnham said that "ultimately, beauty is the best investment."

Chicago, probably more than any other major city in the world, has put art in public places for people to enjoy. The Chicago Park District has taken a giant step forward in giving citizens its newest artwork, and the world another reason for visiting or living here.

noneWildflower Works I©, the "living" landscape art of artist-painter Chapman Kelley, has begun its first season of bloom. Two giant ovals spanning more than 66,000 square feet contain plugs of perennial wildflower plants arranged according to the artist's design. The plants, grown by Iverson Perennial Gardens, were installed last Fall.

"Without question this is the largest project of its kind anywhere in the U.S.," Kelley said. "In addition, this project is a textbook study on wildflower landscape and management."

Pilot wildflower projects using seeding have been done in other cities by Kelley, but the Chicago work is the first to utilize plugs, or groups of plants with already established roots, planted to grow in pre-determined color patterns.

Chicago Wildflower Works has been planted with 380,000 plugs, each containing a number of wildflower plants. The two ellipses contain 47 wildflower species. In color, the northern oval is relatively cool in nature and the southern oval relatively warm. Color and intensity will be nearly equal through the blooming seasons from Spring through Fall.

Once matured, the three-and-one-half acre works will throw off a stunning visual display of millions of multi-colored blooms.

"Our hope is that Wildflower Works I will confirm a new significance in urban open spaces and that it will gain public acceptance of a new vegetative management system that beautifies landscape economically with low-maintenance wildflowers," Kelley said.

Wildflowers ultimately require less water, fertilizer and maintenance than do more exotic species. And they provide aesthetic relief from monotonous expanses of clipped grass.



## THE NODDING ONION

Chicago is the Indian word for the Wild Nodding Onion — allium cernum — the flower that gave the city its name. This hardy perennial thrives in even the most challenging conditions. It is graceful and delicate, yet persevering. The Nodding Onion is one of 47 varieties of wildflowers Chapman Kelley chose to color Wildflower Works I.

It seems appropriate that Chicago, whose motto is "Urbs in Horto" (City in a Garden), should be named for a flower. Such a choice shows respect for the presence of open space and natural beauty in the urban environment. It fits well with the Chicago Park District's own motto, "Hortus in Urbe," or garden in the city.

Here in the Chicago Park District, Chapman Kelley has been given the best place in the world to do his artwork. Week by week the painting changes as new flowers come into bloom. The visitor can see a different color show at the Wildflower Works no matter how often he or she visits.

## THE FOLLOWING WILDFLOWER VARIETIES WERE PLANTED IN THE INITIAL INSTALLATION OF WILD-FLOWER WORKS I:

| Botanical Name | Common Name |
|---|---|
| Achillea filipendula | Fernleaf Yarrow |
| Achillea millefolium | White Yarrow |
| Achillea millefolium | Red Yarrow |
| Allium cernum | Nodding Wild Onion |
| Angalis arvensis | Poor Man's Weather Glass |
| Asclepia tuberosa | Butterfly Weed |
| Aster tanacetifolius | Prairie Aster |
| Aurinia saxitile | Golden Tuft |
| Cherianthus allionii | Wallflower |
| Chrysanthemum leucanthemum | Ox-eyed Daisy |
| Chrysanthemum leucanthemum | Shasta Daisy |
| Cichorium intybus | Chicory |
| Coreopsis lanceolata | Lance-leaved Coreopsis |
| Coreopsis tinctoria | Plaines Coreopsis |
| Cosmos sulphureus | Sulphur Cosmos |
| Delphinium ajacis | Rocket Larkspur |
| Echinacea purpurea | Purple Coneflower |
| Gallardia artista | Blanket Flower |
| Gallardia pulchella | Indian Blanket |
| Gypsophila muralis | Annual Baby's Breath |
| Hesperis matronalis | Dame's Rocket |
| Iberis gibratarica | Candytuft |
| Liatris | Snow White |
| Liatris pychnosstacha | Gayfeather |
| Liatris spicata | Spiked Liatris |
| Linaria vulgaris | Butter and Eggs |
| Linum jewisti | Blue Flax |
| Lupinus perennis | Lupine |
| Lychnis chalcadonica | Maltese Cross |
| Mirabilis jalapa | Four O'Clock |
| Monarda citriondora | Horsemint |
| Monarda didyma | Bea Balm |
| Oenothera lamarckiana | Evening Primrose |
| Oenothera missouriensis | Missouri Primrose |
| Oenothera speciosa | Pink Evening Primrose |
| Papaver naudicaule | Iceland Poppy |
| Papaver rhoeas | Corn Poppy |
| Penstemon strictus | Beard's Tongue |
| Phlox drummondi | Annual Phlox |
| Polomonium | Reptans |
| Ratibda columnifera | Prairie Coneflower |
| Ratibida pinnata | Grey Headed Coneflower |
| Rudbeckia amplexicaulis | Clasping Coneflower |
| Rudbeckia hirta | Black-Eyed Susan Marmelade |
| Salvia coccinea | Red Sage |
| Salvia faranacea | Blue Sage |
| Silene armeria | Catchfly |



STATE OF ILLINOIS
EIGHTY-FOURTH GENERAL ASSEMBLY
SENATE

Senate Resolution No. 420

Offered by Senator John A. D'Arco

WHEREAS, The Members of this Senate are pleased and honored to recognize people who enhance the beauty of this State through their work; and

WHEREAS, It has come to the attention of this Body that Chapman Kelley has transformed Chicago's Grant Park into a showcase for a new form of living art; and

WHEREAS, Chicago Wildflower Works I is the creation of Artist Chapman Kelley, and can be found in two giant ovals spanning 66,000 square feet in Grant Park; and

WHEREAS, Some 380,000 plugs, each containing a number of plants, were planted last fall in the two ovals, each of which compare in size to a football field; and

WHEREAS, The 47 wildflower species used, one of which is the Wild Nodding Onion from which Chicago got its name, are perennials and will return year after year, larger and more beautiful; and

WHEREAS, Wildflowers ultimately require less water, fertilizer and maintenance than do more exotic species, and will bloom from May through September and then again in May, which will lower maintenance costs for the park district; and

WHEREAS, Chapman Kelley is a pioneer in the use of natural materials, and Grant Park will be the first park district in the United States to display a live wildflower work of art of this scale; and

WHEREAS, The Chicago Wildflower Works was made possible through the hard work and dedication of Edmund Kelly, General Superintendent of the Chicago Park District; and

WHEREAS, Chapman's goal is to educate the public about the concept and appreciation for the wild look of wildflower planting in public places, replacing the clipped grass to which we have become accustomed; therefore, be it

RESOLVED, BY THE SENATE OF THE EIGHTY-FOURTH GENERAL ASSEMBLY OF THE STATE OF ILLINOIS, that we commend Chapman Kelley for his vast artistic contribution to Grant Park; and that we wish him continued success in all his future endeavors; and be it further

RESOLVED, That we commend Edmund Kelly for his hard work and dedication; and be it further

RESOLVED, That suitable copies of this preamble and resolution be presented to Chapman Kelley and Edmund Kelly, as a formal indication of the respect and esteem in which they are held by this Senate.

Adopted by the Senate, June 29, 1985.

_Philip J Rock_
President of the Senate

_Kenneth C Wright_
Secretary of the Senate

# Wildflowers as Art For a Chicago Park

Special to The New York Times

CHICAGO, June 19 — A meadow of pink primroses and white daisies, yellow coreopsis and blue phlox is not what Chicagoans ordinarily expect to see in the shadow of this city's highest skyscrapers. But early in May, 47 varieties of wildflowers began blooming in downtown Chicago in oval flower beds the size of two football fields.

The garden, in Grant Park along the city's lakefront, regularly draws park visitors who stop to gaze over the two multicolored beds. Even a pair of mallards have nestled in among the blossoms, awaiting the arrival of new offspring.

The garden is the project of Chapman Kelley, a Dallas-based artist and former gallery owner who sees it as much more than a garden. After years of painting romantic floral scenes in Texas, Mr. Kelley got the idea of taking his artwork beyond the canvas.

"If I planted wildflowers, I realized I'd be actualizing what I've been painting for a number of years, using real materials on a much larger scale," he explained last week to a group of curious condominium owners whose apartments overlook his "painting," as he calls it.

The garden is called "Chicago Wildflower Work I," and in Mr. Kelley's view it is a carefully constructed work of color that will change in intensity and hue as different flowers bloom and fade through October. It is also a test of how wildflowers will grow when planted together in a controlled environment, and it is a test of some of Mr. Kelley's environmental theories.

"I want to figure out the economic and ecological impact of introducing wildflowers into cities," Mr. Kelley said. He believes that planting large areas with wildflowers will help control erosion, reduce water consumption and reduce mowing, with savings in gas, manpower and pollution.

Mr. Kelley began testing his theories in Dallas in 1976, first scattering bluebonnet seeds along a four-mile runway at the Dallas-Fort Worth Airport. In 1982, while the Dallas Museum of Natural History had a retrospective of his oil paintings inside, he planted fields of flowers on two and a half acres around the building.

"It was quite pretty," recalled Karen Turner, the museum's curator of education and public information. "We had bluebonnes, phlox and a large potpourri of indigenous Texas flowers."

Unlike the Texas projects, the Chicago garden was started with plants, not seeds. "This is the only time wildflowers have been planted in a planned way to get a planned effect," said Ron Iverson, a local nurseryman who has been working with Mr. Kelley.

Mr. Kelley is paying for the project himself in the hope of creating other opportunities "to

## Painter transfers his subject to a larger canvas.

make giant paintings out in the landscape." According to Mr. Iverson, the plants and labor have cost $255,000 so far.

Since Mr. Kelley is paying the bills, the Chicago Park District gave him the go-ahead, and last September a crew of volunteers began following a blueprint to plant 280,000 plugs, small plants with root systems intact.

After considering over a thousand varieties, Mr. Kelley selected 47 that were indigenous to Illinois and that he believes will grow well together to achieve his design. White Shasta daisies, yellow prairie cornflowers, deep-red Maltese crosses, pink wild onions, red corn poppies and blue sage are some of the flowers. Eighty percent of the flowers planted are perennials, 20 percent are annuals.

"Blossoms began coming out in early May," said Willard Nyburg, a retired Navy

Continued on Page 22

---

# Wildflowers as Art in Chicago

Continued From Page 21

captain whose apartment overlooks the park and who regularly helps Mr. Kelley weed. "First, the daisies bloomed simultaneously with the lavender dame's rocket and phlox. Blue was the predominant color. A week ago, in just 24 to 36 hours, the lavender and blue changed to yellow as the coreopsis began to bloom. Now the yellow of the fernleaf yarrow is beginning to add to that brightness, and you can see bright red spots of poppies.

Mr. Kelley cannot be sure that the flowers will bloom just as he wants. "All the plants are native to Illinois, and all have demonstrated that they can live and survive here," he said. "Our concern is how all 47 of them will grow when confined to one environment."

"We really don't know how they're going to get along together," Mr. Nyburg added. "Some plants are stronger than others, some will encroach."

Mr. Iverson, the nurseryman, added: "We have predicted growing periods, but at the end we may find we're off a little bit. We'll be smarter later and know which varieties are the most compatible to produce the esthetic look we want to achieve."

"At first, we were cautiously optimistic, now we're very enthusiastic," said Richard Faille, chief horticulturalist for the Chicago Park District. "We're encouraged by the garden's rapid growth and beauty. It's unique in scope and size, and for its contrast and color. It enhances the beauty of the area."

## EXHIBIT L

## Artist finds his wildflowers are growing on Chicago

By Lucia Mouat
Staff writer of The Christian Science Monitor

Chicago

NO artist could ask for a better canvas.

And Chapman Kelley, a bearded, well-tanned Texan, is happy to be painting what he considers his most important work right on the landscape of one of Chicago's loveliest downtown parks.

Never mind that Chicagoans haven't decided quite what it is — a wildflower painting, as the artist contends, or simply a beautiful garden. "From the roof of my building it looks like a giant needlepoint," says neighbor Willard Nyburg.

Whatever it is, "Chicago Wildflower Works I" (its official title) is fast becoming a major tourist attraction and luring hundreds of curious strollers and volunteer helpers from neighboring office and apartment skyscrapers.

Mr. Kelley has long had a special fondness for the natural beauty of wildflowers, which have been the subject of many of his paintings for the last 20 years.

"To me they're very lyrical," he says. "Everything about them



Chapman Kelley next to his wildflower 'painting' planted in Chicago's Grant Park

historically and symbolically is absolutely positive."

With the cooperation of the Chicago Park District, the artist has taken his favorite subject off the canvas and orchestrated the planting of hundreds of thousands of colorful wildflowers on the grassy roof of an underground parking garage in Chicago's Grant Park.

The design is in the form of two

ellipses, each the size of a football field. Ringed by a 10-foot border of white blossoms, each contains 48 varieties of native wildflowers, blooming from spring to fall in programmed sequence.

Lovely as it is, this is not strictly art for art's sake. Yes, Kelley is trying to make an artistic statement to a broader-than-usual audience. "Art-

Please see FLOWERS page 32

## Sen      on for senior Justice Department official is in jeopardy

By Warren Richey
Staff writer of The Christian Science Monitor

Washington

In the end it has come down to a question of credibility.

Did William Bradford Reynolds, President Reagan's nominee for associate attorney general, deliberately try to mislead the Senate Judiciary Committee during his stormy confirmation hearings and on other occasions?

That question has placed a cloud over what was once considered an easy confirmation for Mr. Reynolds. A number of statements by Reynolds have now been challenged with sworn affidavits, documents, and pointed questions from angry senators. And Reynolds's confirmation as the nation's No. 3 law-enforcement official is said to be in serious trouble.

The Senate Judiciary Committee is expected to settle the issue in a confirmation vote today. It is uncertain how the committee (10 Republicans and 8 Democrats) will vote.

The key swing votes are said to belong to Sens. Arlen Specter (R) of Pennsylvania, Charles McC. Mathias Jr. (R) of Maryland, and Howell Heflin (D) of Alabama.

During extensive and pointed questioning by senators, Reynolds, no stranger to controversy, has attempted to defend his record as the current chief of the

Please see REYNOLDS back page

---

## FROM PAGE ONE

FLOWERS from page 1

ists want their work to sing to everybody," he concedes.

But as he explained it recently, sitting in white shirt and white shorts near the "painting" he regularly tends, weeds, and interprets to passers-by, the project also has a significant educational mission.

"This whole wildflower thing has become very glamorous, but there's been a lot more talk than action," says Kelley, who hopes to educate people to the popular but little-researched area of wildflower study. He also hopes his project will go some distance toward building solid public support for wider use of wildflowers in landscaping.

Growing wildflowers as art is not new to Kelley. During the last nine years, he has sown their seeds along a four-mile stretch between toll booths at the Dallas/Fort Worth Airport, in a park by the Dallas Museum of Natural History, and around the yard of his own art gallery in that city.

Kelley says that if nothing else, he's proved it can be done.

"In the beginning everybody told me this was a great idea, but that you can't grow wildflowers and you certainly can't transplant them — I couldn't buy that."

He also became convinced that "nature's flowers," as he calls them, have strong economic and environmental advantages over grass as landscaping material. Their root systems are better at preventing soil erosion, he says. And they need less fertilizer, water, and mowing.

A number of state highway departments, well aware of those advantages, now mow around existing fields of wildflowers.

A few, such as the Texas Highway Department, which has been at it since before the Great Depression, have recently tried growing or transferring wildflowers by mowing them when seeds have set and moving the mulch to new areas.

The chief problem with wildflowers, says Kelley, is that so little is yet known about how to grow them. Texas botanist Thomas J. Allen, who has been working with the artist on the Chicago project, confirms that fewer than 200 of the 25,000 native plants in this country have been researched to any degree.

Unlike cotton or corn, wildflowers have had no natural producer or user groups to finance such investigations, he says. It is one reason, in his view, that some people consider any wildflower that is not in bloom a weed. "I prefer to think of a weed as a plant whose virtues have not been discovered," he says.

Lack of appreciation for and information on wildflowers was a factor in Lady Bird Johnson's decision to help launch the National Wildflower Research Center in Austin, Texas, in December 1982.

Kelley, a trustee of the center until his term recently expired, says he first got interested in growing wildflowers as art while serving as consultant to a number of art collectors in the 1970s.

In the course of flying with these collectors on short

trips in private planes, he noticed the similarity of white concrete airport roadways and runways to the borders of his paintings. He says he could visualize how much better the interior would look with colorful wildflowers than with grass.

Rather than wait for the Chicago Park District to finance his "Wildflower Works I," Kelley opted to finance the project himself as his gift to the city. He figures it will cost him at least $1 million. Although some people question why anyone would spend his own money, Kelley insists that not everyone who has the means necessarily wants to move to the Bahamas.

"Some of us really want to leave the world a better place than we found it," he says. And he hopes it will lead to similar projects financed by others, although he is well aware of the risks involved.

"It won't be easy. It won't be fast. And it certainly won't be cheap." Indeed, he expects to devote the next 8 to 10 years to making his "Wildflower Works" work. He will take out those plants that crowd others or fare less well, and put others in.

"It's a real apple-pie-and-motherhood project," agrees Mr. Nyburg, a retired Navy captain, who first visited the Chicago park last fall to check out the "strange things" going on in his front yard. He is now one of Kelley's most faithful volunteers.

Nyburg circles the painting every morning to record new blooms, look in on a mallard nest, and check the progress ladybugs have been making against aphids on the Missouri primrose.

The artist, too, spends much of his days checking on the painting's progress. But like Monet at his garden in Giverny, France, Kelley cannot resist trying to capture some of the beauty — like the clump of bright orange poppies now in full bloom — on a traditional canvas.

"I'm not going to stop painting — that's my livelihood," he says, "But I don't have to go to the country anymore."



## OFFICE OF THE MAYOR

### CITY OF CHICAGO

HAROLD WASHINGTON
MAYOR

November, 1985

TO WHOM IT MAY CONCERN:

Mr. Chapman Kelley, artist and philosopher, has given to the City of Chicago, a magnificent piece of art, <u>Wildflower Works I</u>, the "living landscape"—two giant ovals spanning more than 66,000 square feet of perennial wildflower plants arranged according to the artist's design in the center of the city. Chicago Wildflower Works I has been planted with 380,000 plugs containing 47 wildflower species creating three and one half acres of a stunning visual display.

Chicago is the Indian word for the Wild Nodding Onion—allium cernum—the flower that gave the city its name. It seems appropriate that Chicago, whose motto is "Urbs in Horto" (City in a Garden), should be named for a flower. Such a choice shows respect for the presence of open space and natural beauty in the urban environment. In every neighborhood of the city, people plant and tend their gardens with loving care.

This letter serves to introduce Mr. Ron Iverson, who represents Mr. Chapman Kelley. He is my personal representative who could arrange for an exhibit of the paintings of these wildflowers by Chapman Kelley in your city.

Chapman Kelley's philosophy is that opposites can co-exist, that the aesthetic beauty in nature can flower in an urban environment, that working with nature rather than trying to overpower it can have beautiful results, and it is our desire to share these thoughts with you by exhibiting the paintings of Chapman Kelley from his Chicago Wildflower Works I project.

I hope to declare next June 1986, as "Garden Month" in Chicago, and would encourage your participation in this celebration of aesthetic beauty which sensitively transcends language and cultural barriers.

Any consideration you can give Mr. Iverson would be greatly appreciated.

Sincerely,

Harold Washington

Mayor



ADMINISTRATION BUILDING
425 EAST McFETRIDGE DRIVE
CHICAGO, ILLINOIS 60605
TELEPHONE
294-2200

September 14, 1988

Mr. Willard Nyburg
President
Chicago Wildflowers Works, Inc.
1759 N. Sedgewick
Chicago, Illinois 60614

Mr. Chapman Kelley
1350 North Wells
Cobbler Square
Chicago, Illinois 60610

RE:     PERMIT FOR WILDFLOWER WORKS I – GRANT PARK

Dear Messrs: Nyburg and Kelley;

We are pleased to inform you that the Chicago Park District Board of
Commissioners, at its September 14th Board meeting, approved your
request for a Temporary Permit, effective as of this date and ending
September 1, 1989, to operate and maintain a two ellipse Wildflowers
Garden Display to be located at Daley Bicentennial Plaza in Grant Park.
Chicago Wildflower Works, Inc., will provide all necessary resources to
carry out this project at no cost to the Chicago Park District,
including, without limitation, maintenance and upkeep.

This permission is granted subject to the following provisions:

The Chicago Wildflower Works, Inc. and Chapman Kelley shall jointly hold
this Permit.

Chapman Kelley will have responsibility and control over matters
relating to the aesthetic design and content of Wildflower Works I.

The Chicago Wildflower Works, Inc. shall maintain the Wildflower Works I
at no cost to the Chicago Park District including, without limitation,
weeding and application of fertilizer.

In case of the incapacity of Chapman Kelley, the Chicago Wildflower
Works, Inc. shall maintain the Wildflower Works I in accordance with a
prearranged plan determined by the permittees.

Notwithstanding any provision herein to the contrary, the Permittees shall timely submit planting designs for the display that are appropriate to the Spring, Summer and Fall Seasons to the Landscape Division of the Chicago Park District, which will review and comment on the designs in consultation with a panel of volunteer botanists and/or horticulturists to be selected by the Landscape Division.

All chemicals and fertilizers to be used must be submitted to the Chicago Park District for approval before application, and all applications of restricted use pesticides (as determined by the U.S. Environmental Protection Agency) must be performed by a holder of a State of Illinois Pesticide Applicator's License.

The Chicago Park District Board of Commissioners will review the Wildflower Garden during the permit period. By July 1, 1989, the Chicago Park District will inform the Permittees whether the Chicago Park District desires to renew the Temporary Permit beyond September 1, 1989. The Chicago Park District will provide the permittee the Park District's comments based on its study of the 1988 season.

Prior to commencement of this program, the permittees shall contact Mr. Ira Berke, Chicago Park District, Director of Landscape Design, 294-2246, to arrange a preliminary on-site meeting, at which time a schedule for maintenance and upkeep must be submitted to Mr. Berke.

The planting material is the property of Mr. Chapman Kelley. If the Chicago Park District does not extend the Permit by September 1, 1989, Mr. Kelley may remove the planting material. If this Permit is not extended by September 1, 1989, the permittees are not required to restore the planted area to its original condition.

Permittees shall also take all necessary precautions and safeguards needed for the protection of the public, park employees, and park property, including all above ground and underground utilities.

In the use of this Permit, all applicable Rules, the Ordinances and Regulations of the Chicago Park District shall be observed while working on park property. The Permittees shall indemnify and hold harmless the Chicago Park District, its officers, agents and employees against all claims for damages arising out of the Permittees' operation pursuant to this Permit.

Chicago Park District shall not be liable for any damage or loss to the Permittees' equipment.

All excess materials resulting from the work shall be removed from Park District property, at no cost to the Chicago Park District.

It shall be understood that this permit does not in any way create
the relationship of joint venture or partnership between the Chicago
Park District and the Chicago Wildflower Works, Inc., and/or Mr.
Chapman Kelley.  This agreement does not create any proprietary
interest for Chicago Wildflower Works, Inc., or Mr. Chapman Kelley in
continuing to operate and maintain the Wildflower Garden Display
after September 1, 1989.

Please indicate acceptance of, and concurrence with the provisions
and condition of this permit by signing the enclosed copy, and
returning the signed copy to the Engineer of Engineering Services.

Very truly yours,

Jesse D. Madison
Executive Vice President

Originated by:

Michael F. Marro
Engineer of Engineering Services

Accepted:

Chicago Wildflower Works, Inc.

JDM:RFS:nmz

Approved by:

Ronald H. Dodd
Deputy General
Superintendent of Parks
and Recreation

Approved as to Form
and Legality:

Nancy I. Kaszak
General Attorney

Mr. Chapman Kelley



ADMINISTRATION BUILDING
425 EAST McFETRIDGE DRIVE
CHICAGO, ILLINOIS 60605
TELEPHONE
294-2200

March 29, 1990

*adopted*
*4-24-90*
*extend to Sept 1991*

To the Honorable
Board of Commissioners of the
Chicago Park District

SUBJECT:  EXTENSION OF TEMPORARY
          WILDFLOWER WORKS DISPLAY
          IN GRANT PARK

## RECOMMENDATION

The staff recommends that the Board of Commissioners approve an
extension of the temporary permit issued on September 14, 1988 for
the Wildflower Works I display in Grant Park.  The proposed
extension would expire on March 31, 1991.

## EXPLANATION

In 1984, the Park District granted a permit to artist Chapman
Kelley to create a display of wildflowers near the Daley
Bicentennial Plaza in Grant Park.  During the summer of 1987, the
Park District received numerous complaints about the permittee's
inadequate maintenance of his display.  In response to these
complaints, the Board's Committee on Planning and Development
requested the permittee in May 1989 to relocate the wildflowers
display elsewhere in Grant Park, or to Lincoln Park or Jackson
Park.  Mr. Kelley refused.

The Board then adopted a resolution revoking Mr. Kelley's permit,
and directing that a volunteer group known as Chicago Wildflower
Works, Inc. take over responsibility for the display.  The
District, Mr. Kelley and the volunteer group then began
negotiations concerning a joint permit for the display.  While
these negotiations were underway, Mr. Kelley filed suit against the
Park District in U. S. District Court seeking to force extension
of his permit.

On September 14, 1988, the Board approved a new, one-year permit
for the wildflowers display, a copy of which is attached, with Mr.
Kelley and Chicago Wildflower Works, Inc. as co-permittees.  Mr.
Kelley then dismissed his lawsuit.  On September 26, 1989, the

*Chicago Park District*

SUBJECT:    EXTENSION OF TEMPORARY
            WILDFLOWER WORKS DISPLAY
        ,   IN GRANT PARK

Board extended the permit for the wildflowers display through March 31, 1990.

The staff recommends that the Board approve a further extension through March 31, 1991. During this extended period, the Grant Park Management and Restoration Plan Steering Committee will evaluate whether the existence, size and location of the wildflowers display is appropriate based on both the needs and demands for space in Grant Park for recreational and other uses, and the appearance of the area in question if the wildflowers display is removed or relocated. Upon receipt of the Steering Committee's report, the staff will make a recommendation to the Board concerning the permittees' request for a multi-year permit.

Respectfully submitted,

Jesse D. Madison
Executive Vice President

Ronald H. Dodd
Deputy General Superintendent
    of Parks and Recreation

Approved:

Nancy I. Kaszak
General Attorney

JDM:JDW:gm

**DATE**

**TO**

**FROM**

**RE:**

June 10, 1992

Mr. Richard A. Devine, President

Ms. Carol A. Diver, Secretary

WILDFLOWER WORKS PERMITS FOR GRANT PARK



Attached for your information and files are copies of board letters for the permit for wildflower works, dated September 14, 1988; the extension of temporary wildflower works display in Grant Park, dated March 29, 1990; and the extension of temporary wildflower works display in Grant Park, dated April 13, 1992.

The letter dated April 13, 1992 is the amended version for the extension of two years, instead of the proposed one year extension.

Also attached is a copy of the transcript of the minutes from the Committee on Planning and Development where this issue was adopted.

Carol A. Diver  *D.L.*
Secretary

CAD:dl

cc:  R. Penn
     C. Holt
     N. Kaszak
     S. Royt
     L. Recht
     files

*Read those attached*

P+S



**ADMINISTRATION BUILDING**
425 EAST McFETRIDGE DRIVE
CHICAGO, ILLINOIS 60605
**TELEPHONE**
294-2200

April 13, 1992

To the Honorable
Board of Commissioners of the
Chicago Park District

SUBJECT:   EXTENSION OF TEMPORARY
           WILDFLOWER WORKS DISPLAY
           IN GRANT PARK

## RECOMMENDATION

The staff recommends that the Board of Commissioners approve an extension of the temporary permit issued on September of 1988, and reissued on April of 1990, which expired in September of 1991, for the Wildflower Works I display in Grant Park. The proposed extension would expire on March 31, 1993.

## EXPLANATION

In 1984, the Park District granted a permit to artist Chapman Kelly to create a display of wildflowers near the Daley Bicentennial Plaza in Grant Park. On September 14, 1988, the Board approved a new, one-year permit for the wildflowers display, with Mr. Kelly and Chicago Wildflower Works, Inc. as co-permittees. On September 26, 1989, the Board extended the permit for the wildflowers display through March 31, 1990.

The staff recommends that the Board approve a further extension through March 31, 1993. During this period, the Grant Park Management and Restoration Plan Steering Committee will evaluate whether the existence, size and location of the wildflowers display is appropriate based on both the needs and demands for space in Grant Park for recreational and other uses, and the appearance of the area in question if the wildflowers display is removed or relocated. Upon receipt of the Steering Committee's report, the staff will make a recommendation to the Board concerning the permittees' request for a multi-year permit.

SUBJECT:   EXTENSION OF TEMPORARY
           WILDFLOWER WORKS DISPLAY
           IN GRANT PARK


Respectfully submitted,


Robert C. Penn
General Superintendent and CEO


Eugene Sullivan
Deputy General Superintendent
of Parks and Recreation


Colette Holt
Associate Superintendent

RP:cj

Approved:


Nancy Kaszak
General Attorney

SECRETARY DIVER:  All in favor of the motion?  (ALL VOTED

AYE)  Against?  Motion carried.

COMMISSIONER PHELPS:  Mr. President?

PRESIDENT DEVINE:  Commissioner Phelps.

COMMISSIONER PHELPS:  Mr. President, I move we discharge

from the Committee on Planning and Development the extension

of temporary Wildflower Works display in Grant Park as

amended.

COMMISSIONER BASS:  Second.

PRESIDENT DEVINE:  Been moved and seconded that we discharge

from the Planning and Development Committee the item

entitled extension of temporary Wildflower Works display in

Grant Park.  Is there any discussion among the

commissioners?  Ms. Diver.

SECRETARY DIVER:  All in favor of the motion, signify by

saying aye.  (ALL VOTED AYE)  Against?  Motion carried.

COMMISSIONER PHELPS:  Mr. President?

PRESIDENT DEVINE:  Commissioner Phelps.

COMMISSIONER PHELPS:  I move we approve the extension of the

temporary Wildflower Works display in Grant Park as amended

by the committee to a two-year extension and not a one-year

extension.

COMMISSIONER BASS:  Second.

COMMISSIONER VEST:  Second.

PRESIDENT DEVINE:  Do all the commissioners understand the

motion? We have a two-year extension that we're moving now.

COMMISSIONER PHELPS: Mr. President.

PRESIDENT DEVINE: Commissioner Phelps.

COMMISSIONER PHELPS: This was deferred on several occasions
at the committee level so that the Grant Park Advisory
Council could meet and consider the matter, and we've
received a communication from the Grant Park Advisory
Council where they have recommended to our committee that
the extension be granted. So, that's why we're discharging.

PRESIDENT DEVINE: Any further dis--

COMMISSIONER HERRERA: Mr. President?

PRESIDENT DEVINE: Commissioner Herrera.

COMMISSIONER HERRERA: Yes. I would like to hear from the
chairman of that committee. I would like to hear his
position on this point before I vote.

COMMISSIONER BASS: (INAUDIBLE)

COMMISSIONER VEST: Commissioner, likewise I think we all
received the same from the committee itself, and maybe _it_
____best____ to make sure it was submitted to us as we ___formed___
__here__ this evening.

     Whereas, the Wildflower Works garden is __nationally__
_acclaimed_ citizen created and implemented project ___used___
Grant Park;

     Whereas, the garden is a much enjoyed addition to Grant
Park;

And whereas, the Wildflower Works has sought to extend its permit with the Chicago Park District to enhance and maintain the garden through September 30, 1994;

Whereas, the Committee on Planning and Development has duly considered the extension of the permit and voted unanimously to grant such an extension;

Whereas, the Grant Park Advisory Council has considered the extension of the permit, unanimously recommended such an extension;

Therefore, be it resolved that the Wildflower Works permit be extended to September 30, 1994 ___there___ Commissioner, that is the item that--submitted that Commissioner Phelps had made reference to, and it was moved and seconded.

COMMISSIONER HERRERA: Thank you.

COMMISSIONER PHELPS: Mr. President, for clarification, the committee did amend the Board letter to the September, '94, date.

PRESIDENT DEVINE: Fine. So, they were consistent, then.

COMMISSIONER PHELPS: Right.

PRESIDENT DEVINE: Fine. Any further discussion?

COMMISSIONER BURROUGHS: What are we voting on?

COMMISSIONER PHELPS: The flowers in Grant Park.

COMMISSIONER BURROUGHS: I'm asking whether-- Are we voting on the-- Have we had the Committee on Planning and

Development's report?  I mean that's just a part of the

report.  What I want to know is what are we voting on?

PRESIDENT DEVINE:  We have taken out of the--  Because the

Committee on Planning and Development deferred this matter

to get the information from the Grant Park Advisory Council,

we have discharged the item from the Planning and

Development Committee, and now that we have that information

from the Grant Park Advisory Council, I believe the members

of the Planning and Development Committee are saying their

supportive of granting the--

COMMISSIONER BURROUGHS:  Well, we will vote on this.

However, Mr. Vest will be allowed to give his report.

PRESIDENT DEVINE:  Oh, yes, absolutely, yes.

COMMISSIONER BURROUGHS:  That's all __inaudible__.

COMMISSIONER PHELPS:  Oh, yeah.

PRESIDENT DEVINE:  I'm sorry.  Sure.

COMMISSIONER BURROUGHS:  That's all I want to know.

PRESIDENT DEVINE:  Sure.  Absolutely.  We're just voting on

this one item, and then Commissioner Vest will give the full

report of the Committee on Planning and Development.  Okay?

Ms. Diver.

SECRETARY DIVER:  All in favor of the motion?  (ALL VOTED

AYE)  Motion carried.

PRESIDENT DEVINE:  Thank you.  Now for the report of the

Committee on Planning and Development.  Commissioner Vest

COMMISSIONER VEST: Mr. President, the Committee on Planning
and Development met on May 19, 1992, to consider matters
referred April 14 and May 12, 1992, and hereby recommends
that its report be adopted. Approval of the National
Register of Historic Places status for Grant Park and
Chicago Park District landmarking for Grant Park and South
Shore Cultural Center, and I so move, Mr. Chairman.

COMMISSIONER BURROUGHS: Second.

COMMISSIONER BASS: Second.

PRESIDENT DEVINE: Been moved and seconded that the report
of the Committee on Planning and Development be adopted. Is
there any discussion? Ms. Diver.

SECRETARY DIVER: All in favor of the motion, signify by
saying aye. (ALL VOTED AYE) Against? Motion carried.

PRESIDENT DEVINE: Thank you. The report of the Committee
of the Whole is next. The Committee of the Whole met today.
It had no business to conduct in Executive Session. It had
no matters to come before it in the Open Session. I move
the adoption of the report of the Committee of the Whole.

COMMISSIONER BURROUGHS: Second it.

SECRETARY DIVER: All in favor of the motion? (ALL VOTED
AYE) Motion carried.

COMMISSIONER BURROUGHS: Mr. President?

PRESIDENT DEVINE: Commissioner Burroughs.

COMMISSIONER BURROUGHS: Perhaps you are aware of this

Jonathan Dedmon, President
Chapman Kelley, Vice-President
Kathy Hayden, Treasurer
Maureen Slavin, Secretary
Joan Istrate, Board Member
Alan Kidston, Board Member
Gus Trujillo, Board Member
Dr. Carol Walker, Board Member

Dr. Margaret Burroughs, Honorary Chair
Scientific Committee
Dr. Tom Allen
Randall Ismay
Dr. Darryl Murray
Jack Pizzo



**EXHIBIT Q**

May 9, 2001

Board of Commissioners,
Chicago Park District
425 E. McFetridge Drive
Chicago, IL 60605

Dear Mr. President and Board Members:

The Chicago Wildflower Works is very appreciative of the past support of the Board of Commissioners of the Chicago Park District. In light of our common interests and goals, we would like to present two requests. While they shouldn't require a great deal of money, they are vital to the welfare of the Chicago Wildflower Works in Grant Park.

First, the pathway around the two ellipses of the Chicago Wildflower Works just south of Daley Bicentennial Plaza is in need of repair. Over the 17 years we have been in Grant Park, the metal edging has worked its way up and become ragged, creating something of a safety hazard as well as an eyesore.

Second, please disconnect the current water system there. The pipes are badly broken and continually leak. Because the garden uses plants that require little watering, the water system is rarely used, and it would be better to disconnect it completely.

Once again, we appreciate the Board's continued support. Your prompt response to these two requests will help to ensure another year's outstanding display of native plants and wildflowers.

Sincerely,

Jonathan Dedmon, President
Chicago Wildflower Works, Inc.
Chapman Kelley
Creator and Vice President
on behalf the entire board



Board Members:
Dr. Margaret Burroughs
Jonathan Dedmon
Randall Ismay
Joan Istrate

Chapman Kelley
Alan Kidston
Maureen Slavin
Gus Trujillo
Carol Walker, Ph.D.

## CHICAGO WILDFLOWER WORKS ENTERS ITS 20TH GROWING SEASON
### Support of friends and neighbors like you made it happen;
### Open House to Celebrate January 4 at the Artist's

Dear Wildflower Works Friend:

Chicago Wildflower Works enters its 20th year of growth next year in Grant Park, thanks to your support. First of all, thank you from us and all the flowers for your continued support.

Secondly, to celebrate our decades of growth (literally!) and thank those who have supported our cause, an open house will be held Sunday, January 4, at the house of Chicago Wildflower Works creator and artist Chapman Kelley, from 1 p.m. to 4 p.m. at his apartment and studio, 301 W. Wisconsin Avenue, the corner of Lincoln, Wisconsin and North Park.

At the open house, Kelley will offer some of his work for sale, with 20 percent of sales going to keep the wildflowers growing. As you know, the flowers don't require much water or money, but they do require a little of both to maintain this unique urban garden with our volunteer force.

By special arrangement with the Carl Hammer Galleries, we will also be offering works of outsider artists Willie Wayne Young and Frank Jones, who recently have gained significant new recognition, including in New York, to benefit Chicago Wildflower Works.

Please RSVP to Chapman at 312-951-0789 if you plan on attending.

More than 60 varieties of wildflowers continue to grow and flourish in the garden, creating a unique, floral and environmental work of art for Grant Park visitors. We are adding 26 pounds of new seeds to the wildflower gardens this year.

We also have entered into a new exciting partnership with Lincoln Park High School Ecology Club to work with us not only in helping maintain the gardens, but conducting research into wildflowers and documenting our success as well.

Located on 1.5 acres of land furnished by the Chicago Park District at the north end of Grant Park near the Daley Bicentennial Plaza, the gardens continue to be an environmental statement that seek to educate us not only about beauty, but also the functionality of harmony with nature. We don't use increasingly scarce water supplies, fertilizers nor harmful pesticides.

We continue to need your help for this unique environmental work of art to continue. Please use the enclosed envelope for a donation. We, and the flowers, are very grateful for your donation, which is tax deductible.

---

## THE CHICAGO WILDFLOWER WORKS

Yes, I want to be part of Chicago Wildflower Works!

Name: _____     Enclosed is my check for: _____

I would like to volunteer to help in the wildflower gardens: _____


Address: _____

_____

Thank you from us and the flowers for your support!



July 1, 2004

Ms. Maria Saldana
President
Chicago Park District
Board of Commissioners
541 N. Fairbanks Court
Fifth Floor
Chicago, Illinois 60611

Dear Ms. Saldana:

I am writing to bring to your attention a very unfortunate incident that has happened in Grant Park recently and continues to happen in Grant Park.

For 20 years, Chicago Wildflower Works, the creation of artist Chapman Kelley, had been an artistic treasure in Grant Park, praised by the Chicago Tribune as an "aesthetic oasis…a cultural work in progress." It also won praise from the Park District, as cited in the New York Times in 1985 when it was created and the Board originally voted to provide a permit for the project. The Park District's own brochure at the time said the work "fits well" with that of Chicago landscape masters Frederick Olmstead, Daniel Burnham, Jens Jensen and William LeBaron Jenny. (See enclosures.)

The artwork also won first place for natural landscapes in the 1998 Mayor's Landscape Awards Program.

Mr. Kelley put much of his own money into creating the artwork and a small but hardy band of volunteers, including the City's Green Corps., has been maintaining it free of charge and raising very limited funds for the necessary additional seeding from year to year. Despite going into its 20th year, the artwork recently was destroyed with little notice to us and virtually no chance for input.

The facts are that we were shown plans to drastically shrink the two wildflower ovals on June 10 and basically destroy it as Kelley's work of art. Despite the fact that this was the first time we had seen these plans, work began within a week's time shrinking and dismantling the wildflower gardens with no input from us.

In essence, what has been a city treasure installed and maintained at no cost to the Park District for 20 years has been destroyed with no notice to or input from us. The many volunteers who for 20 years helped maintain the gardens would not have done so if the gardens hadn't brought delight to the many passersby who commented as the volunteers worked.

We think this is most unfortunate and wish to bring this to the Board's attention at its July 14 meeting, if you would be so kind as to put us on the agenda. We feel a serious wrong has been committed both in aesthetics and fairness to the artist and volunteers.

When Mr. Kelley came to Chicago to create his wildflower garden, he was ahead of his time in terms of the native plant movement and wildflowers. Now, as the Chicago Park District touts art in the parks and native plants on its web site, one of the pioneers of this endeavor in Chicago has not only received no thanks, but his art itself has been destroyed.

Best regards,

Jonathan Dedmon
President

Enclosures

Cc: Dr. Margaret Burroughs
Timothy J. Mitchell
Arnold Randall
Chapman Kelley

# A plaza of wildflowers

## Horticultural experiment in its 11th successful year

**By Roy Harvey**
SPECIAL TO THE TRIBUNE

"Urbs in Horto"—city in a garden—is Chicago's official slogan.

Wishful thinking, perhaps. But there are fewer more hopeful signs of urban commitment to that perspective than Wildflower Works, on the three-acre parcel at the city's Daley Bicentennial Plaza just north of Grant Park—two giant ellipses of perennial, native wildflowers.

Now in its 11th year, the Wildflower Works, an artistic and horticultural experiment, has its spectacular moments, but it's not a gaudy display.

Its creator, artist Chapman Kelley, calls it a "four-dimensional work," its fourth dimension being time. It changes as the seasons change. It requires more of its audience, inducing a kind of symbiosis, creating involvement, participation, responsibility—or at least a more leisurely, sensuous pace.

One must take time to saunter around it in the Thoreauvian sense: Experience with our senses the prairie plants, the forbs and polinators indigenous to northern Illinois and what we come to know as a part of our "bioregion" as our consciousness becomes more ecocentric, as our commitment to the ecology of "our home" deepens.

Wildflower Works is not a conventional European flower garden with steady-state displays of high-maintenance exotics. Nor is it, atop the Monroe Street parking garage, a natural garden, nor an urban prairie, nor, with its skyscraper backdrop, is it wild.

It is, rather, an aesthetic oasis, a cultural work-in-progress.

An ecological artist, Kelley has long been fascinated with wildflowers.

"With their deep root systems, indigenous forbs require little or no watering, no fertilizers, no insecticides and therefore are not only non-polluting but in fact play a key role in regenerating our environment," he says. "They're not dependent on technology to keep them going. So, from an environmental standpoint, they're the direction we should be going."

Like the ongoing prairie- and savannah-restoration efforts in the Chicago area, Wildflower Works is maintained by volunteers and costs taxpayers little.

For further information, contact Chicago Wildflower Works Inc. P.O. Box 81526, Chicago IL 60681-0526 or call 312-951-0789.



Chapman Kelley stands next to his creation.—



A queen bee gathers nectar from a large red clover, part of the annual Wildflower Works display in the Daley Bicentennial Plaza north of Grant Park.



# Wildflowers as Art For a Chicago Park

Special to The New York Times

CHICAGO, June 19 — A meadow of pink primroses and white daisies, yellow coreopsis and blue phlox is not what Chicagoans ordinarily expect to see in the shadow of this city's highest skyscrapers. But early in May, 47 varieties of wildflowers began blooming in downtown Chicago in oval flower beds the size of two football fields.

The garden, in Grant Park along the city's lakefront, regularly draws park visitors who stop to gaze over the two multicolored beds. Even a pair of mallards have nestled in among the blossoms, awaiting the arrival of new offspring.

The garden is the project of Chapman Kelley, a Dallas-based artist and former gallery owner who sees it as much more than a garden. After years of painting romantic floral scenes in Texas, Mr. Kelley got the idea of taking his artwork beyond the canvas.

"If I planted wildflowers, I realized I'd be actualizing what I've been painting for a number of years, using real materials on a much larger scale," he explained last week to a group of curious condominium owners whose apartments overlook his "painting," as he calls it.

The garden is called "Chicago Wildflower Work I," and in Mr. Kelley's view it is a carefully constructed work of color that will change in intensity and hue as different flowers bloom and fade through October. It is also a test of how wildflowers will grow when planted together in a controlled environment, and it is a test of some of Mr. Kelley's environmental theories.

"I want to figure out the economic and ecological impact of introducing wildflowers into cities," Mr. Kelley said. He believes that planting large areas with wildflowers will help control erosion, reduce water consumption and reduce mowing, with savings in gas, manpower and pollution.

Mr. Kelley began testing his theories in Dallas in 1976, first scattering bluebonnet seeds along a four-mile runway at the Dallas-Fort Worth Airport. In 1982, while the Dallas Museum of Natural History had a retrospective of his oil paintings inside, he planted fields of flowers on two and a half acres around the building.

"It was quite pretty," recalled Karen Turner, the museum's curator of education and public information. "We had bluebonnets, phlox and a large potpourri of indigenous Texas flowers."

Unlike the Texas projects, the Chicago garden was started with plants, not seeds. "This is the only time wildflowers have been planted in a planned way to get a planned effect," said Ron Iverson, a local nurseryman who has been working with Mr. Kelley.

Mr. Kelley is paying for the project himself in the hope of creating other opportunities "to

## Painter transfers his subject to a larger canvas.

make giant paintings out in the landscape." According to Mr. Iverson, the plants and labor have cost $255,000 so far.

Since Mr. Kelley is paying the bills, the Chicago Park District gave him the go-ahead, and last September a crew of volunteers began following a blueprint to plant 380,000 plugs, small plants with root systems intact.

After considering over a thousand varieties, Mr. Kelley selected 47 that were indigenous to Illinois and that he believes will grow well together to achieve his design. White Shasta daisies, yellow prairie cornflowers, deep-red Maltese crosses, pink wild onions, red corn poppies and blue sage are some of the flowers. Eighty percent of the flowers planted are perennials, 20 percent are annuals.

"Blossoms began coming out in early May," said Willard Nyburg, a retired Navy

Continued on Page 22

## Wildflowers as Art in Chicago

Continued From Page 21

captain whose apartment overlooks the park and who regularly helps Mr Kelley weed. "First, the daisies bloomed simultaneously with the lavender dame's rocket and phlox. Blue was the predominate color. A week ago, in just 24 to 36 hours, the lavender and blue changed to yellow as the coreopsis began to bloom. Now the yellow of the fernleaf yarrow is beginning to add to that brightness, and you can see bright red spots of poppies.

Mr. Kelley cannot be sure that the flowers will bloom just as he wants. "All the plants are native to Illinois, and all have demonstrated that they can live and survive here," he said. "Our concern is how all 47 of them will grow when confined to one environment."

"We really don't know how they're going to get along together," Mr. Nyburg added. "Some plants are stronger than others, some will encroach."

Mr Iverson, the nurseryman, added: "We have predicted growing periods, but at the end we may find we're off a little bit. We'll be smarter later and know which varieties are the most compatible to produce the esthetic look we want to achieve."

"At first, we were cautiously optimistic, now we're very enthusiastic," said Richard Faille, chief horticulturalist for the Chicago Park District. "We're encouraged by the garden's rapid growth and beauty. It's unique in scope and size, and for its contrast and color. It enhances the beauty of the area."



# CHICAGO WILDFLOWER WORKS I

by

*Chapman Kelley*

and

**Chicago Park District**

Edmund L. Kelly
General Superintendent



Photo: Carol Kyros Walker





I would like to thank the following for their participation and support in making Chicago Wildflower Works possible: The Chicago Park District commissioners and General Superintendent Edmund Kelly and his very professional staff; Verson Perennial Gardens; Theodore Buckingham & Co. and Dr. Thomas Jefferson Allen and volunteers, docents and other Chicagoans who have demonstrated their interest and support of this project.

*Chapman Kelley*



## Chicago Wildflower Works I

N

| Randolph St. | | |
| --- | --- | --- |
| | | Lake Shore Drive |
| Michigan Ave. | Monroe St. | |
| | Congress | Buckingham Fountain |

THE FOLLOWING WILDFLOWER
VARIETIES WERE PLANTED IN THE
INITIAL INSTALLATION OF WILD
FLOWER WORKS!!

Common Name                         Botanical Name



## THE NODDING ONION

Chicago is the Indian word for the
Wild Nodding Onion — allium cernuum
— the flower that gave the city its
name. This hardy perennial thrives in
the most challenging of conditions.
It's a hardy and delicate yet
persevering. The Nodding Onion is
one of 47 varieties of wildflowers in
Wildflower Works.

It seems appropriate that Chicago,
whose motto is Urbs in Horto (City
in a Garden), should be named for a
flower. Such a choice shows respect
for the presence of open space and
natural beauty in the urban environ-
ment. It fits well with the Chicago Park
District's own motto "Hortus in Urbe"
(a garden in the city).

Here in the Chicago Park District,
Chapman Kelley has been given the
best place in the world to do his
artwork. Week by week the painting
changes as new flowers come into
bloom. The visitor can see a different
color show at the Wildflower Works no
matter how often he or she visits.

Wildflower Works is the urban
landscape art of artist-painter Chapman
Kelley, has begun its its season of
bloom. Two giant ovals sparkling more
than 66,000 square red coral plugs of
perennial Wildflower plants arranged
according to the artist's design. The
plants grown by Iverson Perennial
Gardens were installed last Fall.

Without letting this art be added
to the project, its kind anywhere in the U.S., 
Kelley said. In addition his project is a
textbook study of wildflower landscape
and management.

Pilot wildflower projects using seeding
have been done in other locales to Kelley
but the Chicago work is the first to utilize
plugs or groups of plants with already
established root systems planted to grow in pre-
determined color patterns.

Chicago Wildflower Works has been
planted with 66,000 plugs or the
containing a number of 47 wildflower plants
The two ellipses contain 47 wildflower
species in color the northern oval's
relatively cool relatively warm. Color and through
oval relatively warm. Color and through the
will be nearly equal through the blooming
seasons from Spring through Fall.

Once matured the three-dome-shall
acre works will throw off a stunning visual
display of millions of multi-colored
blooms.

Our hope is that Wildflower Works
will confirm a new significance in urban
open spaces and that it will gain public
acceptance of a new vegetative manage-
ment system that low maintenance
economically with low maintenance
wildflowers, Kelley said.

Wildflowers ultimately require less
water, fertilize, and maintenance than do
more exotic species. And they provide
aesthetic relief from the monotonous
expanses of clipped grass.



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# **Civil Cover Sheet**

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

**Plaintiff(s): Chapman Kelley**

County of Residence: Cook

Plaintiff's Atty:   Richard C. Balough
                    Richard C. Balough, Attorney
                    at Law
                    53 W. Jackson Blvd. Ste. 956,
                    Chicago IL 60604
                    312.834.0400

**Defendant(s):Chicago Park District**

County of Residence: Cook

Defendant's Atty:

JUDGE COAR

**04C 7715**

II. Basis of Jurisdiction:      **3. Federal Question (U.S. not a party)** MAGISTRATE JUDGE MASON

III. Citizenship of Principal
Parties **(Diversity Cases Only)**
                    Plaintiff:- **N/A**
                    Defendant:- **N/A**

IV. Origin :            **1. Original Proceeding**

V. Nature of Suit:      **820 Copyrights**          28          1331

VI.Cause of Action:     **Visual Artists Rights Act, 17 USCA Sec. 106A, destruction and
                        mutilation of visual art work**

VII. Requested in Complaint
            Class Action:**No**
            Dollar Demand:
            Jury Demand:

VIII. This case **IS NOT** a refiling of a previously dismissed case.

FILED-FDA
2004 NOV 30  AM 9: 36
CLERK
U.S. DISTRICT COURT

Signature:

Date: 30 Nov 2004

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it.
Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In the Matter of

Chapman Kelley, Plaintiff v.
Chicago Park District, Defendant.

JUDGE COAR

Case Number **04C 7715**

MAGISTRATE JUDGE MASON

## APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiff Chapman Kelley

| (A) | | |
|---|---|---|
| SIGNATURE | | |
| NAME Richard C. Balough | | |
| FIRM Richad C. Balough, Attorney at Law | | |
| STREET ADDRESS 53 W. Jackson Blvd. Ste. 956 | | |
| CITY/STATE/ZIP Chicago IL 60604 | | |
| TELEPHONE NUMBER 312.834.0400 | FAX NUMBER 312.834.0526 | |
| E-MAIL ADDRESS rbalough@balough.com | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 104612 | | |
| MEMBER OF TRIAL BAR? | YES ☑ | NO ☐ |
| TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| (B) | | |
|---|---|---|
| SIGNATURE | | |
| NAME | | |
| FIRM | | |
| STREET ADDRESS | | |
| CITY/STATE/ZIP | | |
| TELEPHONE NUMBER | FAX NUMBER | |
| E-MAIL ADDRESS | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | |
| MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ |
| TRIAL ATTORNEY? | YES ☐ | NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ |

FILED-FFA 2004 NOV 30 AM 9: 36 CLERK U.S. DISTRICT COURT

| (C) | | |
|---|---|---|
| SIGNATURE | | |
| NAME | | |
| FIRM | | |
| STREET ADDRESS | | |
| CITY/STATE/ZIP | | |
| TELEPHONE NUMBER | FAX NUMBER | |
| E-MAIL ADDRESS | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | |
| MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ |
| TRIAL ATTORNEY? | YES ☐ | NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ |

| (D) | | |
|---|---|---|
| SIGNATURE | | |
| NAME | | |
| FIRM | | |
| STREET ADDRESS | | |
| CITY/STATE/ZIP | | |
| TELEPHONE NUMBER | FAX NUMBER | |
| E-MAIL ADDRESS | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | |
| MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ |
| TRIAL ATTORNEY? | YES ☐ | NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ |