# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CHAPMAN KELLEY, | * | Case No. 04C 7715 |
| Plaintiff, | * | Judge David H. Coar |
| VS. | * | Magistrate Judge Mason |
| CHICAGO PARK DISTRICT, | | |
| Defendant. | | |

## PLAINTIFF'S NOTICE OF ELECTION OF STATUTORY DAMAGES

Now comes, Chapman Kelley, Plaintiff, and advises the Court that he is electing that the Court determine damages under the statutory method as provided by the Copyright Act, 17 U.S.C.§ 504(e)(1976).

Respectfully submitted,

/s/ Frank P, Hernandez\_\_\_\_\_
Frank P. Hernandez
716 Wayne
Dallas, TX 75223-1645
214-821-1213
Fax 214-821-1214
E-mail: fgeagle@aol.com
TBC# 09516000
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of this Plaintiff's Notice of Election of Statutory Damages was provided by electronic filing and regular mail to Mr. Nelson A. Brown, Esq., at the Chicago Park District offices, 541 North Fairbanks Court, Law Department, Third Floor, Chicago IL 60611 on this the 31st day of December, 2007.

/s/ Frank P, Hernandez
Frank P. Hernandez