

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHAPMAN KELLEY,**<br>　　Plaintiff, | )<br>)　04 C 7715<br>) |
| vs. | )　Judge Robert W. Gettleman<br>)<br>) |
| **CHICAGO PARK DISTRICT,**<br>　　Defendant. | )<br>)<br>) |

## ORDER

In accordance with the mandate issued by the United States Court of Appeals for the Seventh Circuit on April 27, 2011, it is hereby ordered:

The Clerk is directed to enter judgment in favor of the defendant Chicago Park District with respect to the plaintiff's claims for violation of the Visual Artists Rights Act, 17 U.S.C. § 106A, Counts I and II of the plaintiff's complaint.

ENTER: October 17, 2011

_____
Robert W. Gettleman
United States District Judge